# EXHIBIT 4

# U.S. Patent No. 10,347,248

## System and Method for Providing In-Vehicle Services Via a Natural Language Voice User Interface

## Infringement Claim Chart

## Amazon Alexa Auto

U.S. Patent No. 10,347,248

Claim 11(Pre): "An in-vehicle telematics system for providing in-vehicle services via a natural language voice user interface, the in-vehicle telematics system comprising:"

| Claim 11(Pre) | Amazon Alexa Auto |
|---|---|
| An in-vehicle telematics system for providing in-vehicle services via a natural language voice user interface, the in-vehicle telematics system comprising: | Amazon Alexa Auto is an in-vehicle telematics system for providing in-vehicle services via a natural language voice user interface.  For example, Amazon Alexa Auto allows users in a vehicle to interact with Alexa.<br><br>**Let us take you home.**<br><br>With Alexa in your vehicle, you can enjoy hands-free control of your music, get directions, make calls, and more, all with just your voice.<br><br><br><br>Amazon Alexa Auto Webpage, *available at*  https://www.amazon.com/b?node=17599297011 |

U.S. Patent No. 10,347,248

Claim 11(Pre): "An in-vehicle telematics system for providing in-vehicle services via a natural language voice user interface, the in-vehicle telematics system comprising:"

| Claim 11(Pre) | Amazon Alexa Auto |
|---|---|
| <br><br>*Id.* | |

U.S. Patent No. 10,347,248

Claim 11(Pre): "An in-vehicle telematics system for providing in-vehicle services via a natural language voice user interface, the in-vehicle telematics system comprising:"

| Claim 11(Pre) | Amazon Alexa Auto |
|---|---|
|  | **Auto SDK Core API Overview**<br><br>The `Engine`, `MessageBroker`, and `AASB message interfaces` comprise the core Auto SDK API. An application uses these three components, alongside a custom platform-specific integration, to build a complete Alexa client implementation for the vehicle. An Alexa client system architecture built with Auto SDK may look something like the following diagram:<br><br>Amazon Alexa Auto SDK Core API Overview, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/concepts/core-api-overview/. |

- 4 -

U.S. Patent No. 10,347,248

Claim 11(Pre): "An in-vehicle telematics system for providing in-vehicle services via a natural language voice user interface, the in-vehicle telematics system comprising:"

| Claim 11(Pre) | Amazon Alexa Auto |
|---|---|
| | <br><br>*Id.* |

U.S. Patent No. 10,347,248

Claim 11(a): "a plurality of in-vehicle devices and one or more physical processors programmed with computer program instructions that, when executed, program the in-vehicle telematics system to;"

| Claim 11(a) | Amazon Alexa Auto |
|---|---|
| a plurality of in-vehicle devices and one or more physical processors programmed with computer program instructions that, when executed, program the in-vehicle telematics system to | Amazon Alexa Auto includes a plurality of in-vehicle devices and one or more physical processors programmed with computer program instructions.<br><br>Auto SDK Core API Overview<br><br>The `Engine`, `MessageBroker`, and `AASB message interfaces` comprise the core Auto SDK API. An application uses these three components, alongside a custom platform-specific integration, to build a complete Alexa client implementation for the vehicle. An Alexa client system architecture built with Auto SDK may look something like the following diagram:<br><br>Amazon Alexa Auto SDK Core API Overview, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/concepts/core-api-overview/. |

- 6 -

U.S. Patent No. 10,347,248

Claim 11(a): "a plurality of in-vehicle devices and one or more physical processors programmed with computer program instructions that, when executed, program the in-vehicle telematics system to;"

| Claim 11(a) | Amazon Alexa Auto |
|---|---|
| |  <br><br> *Id.* |

U.S. Patent No. 10,347,248

Claim 11(a): "a plurality of in-vehicle devices and one or more physical processors programmed with computer program instructions that, when executed, program the in-vehicle telematics system to;"

| Claim 11(a) | Amazon Alexa Auto |
|---|---|
| | **Overview**<br><br>The Alexa Auto SDK `Car Control` module enables you to build a custom experience that allows users to use Alexa to voice-control vehicle features. The following concepts comprise the `Car Control` module APIs:<br><br>**Endpoints**<br><br>The head unit device acting as an Alexa Auto SDK client is an "endpoint" that connects to the Alexa service. Other Auto SDK modules, such as `Alexa`, configure capabilities on this "root" or "default" endpoint because the capabilities pertain to the head unit itself. The `Car Control` module enables the default Auto SDK client endpoint to act as a proxy to receive events and directives on behalf of connected endpoints. You can configure a separate endpoint for every vehicle component that the head unit can control through device-level connections. This enables the user to target individual vehicle components directly with utterances like "Alexa, turn on the AC" or "Alexa, set the temperature to 65."<br><br>https://alexa.github.io/alexa-auto-sdk/docs/explore/features/car-control/ |

- 8 -

U.S. Patent No. 10,347,248
Claim 11(b): "connect to a mobile device separate from the plurality of in-vehicle devices;"

| Claim 11(b) | Amazon Alexa Auto |
|---|---|
| connect to a mobile device separate from the plurality of in-vehicle devices | Amazon Alexa Auto is configured to connect to a mobile device separate from the plurality of in-vehicle devices.  For example, Amazon Alexa Auto can connect to user's smart phones.<br><br>For example, Alexa Auto can connect to user's smart phones.<br><br>### Let us take you home.<br><br>With Alexa in your vehicle, you can enjoy hands-free control of your music, get directions, make calls, and more, all with just your voice.<br><br>**Set up Alexa in Your Vehicle:**<br>1. Click here to see if your vehicle has Alexa Built-in<br>2. Open the Alexa app on your vehicle's infotainment screen<br>3. Follow the steps on the screen<br>4. Enjoy!<br><br>Amazon Alexa Auto Webpage, *available at*  https://www.amazon.com/b?node=17599297011 |

U.S. Patent No. 10,347,248
Claim 11(b): "connect to a mobile device separate from the plurality of in-vehicle devices;"

| Claim 11(b) | Amazon Alexa Auto |
|---|---|
| | ## Communication<br><br>Today, drivers across the globe place calls while on-the-go, making communication features an integral part of the Alexa experience in the vehicle.<br><br>Alexa allows you to place calls and send and read SMS messages via voice using the mobile phone paired to the head unit. Alexa can also drop-in, make announcements and send voice messages to other Alexa devices, including the Alexa App. To call or send an SMS to any contact by name, customers may grant Alexa permission to upload contacts and access SMS from their mobile phone. To enable Alexa to access the phone's contact book, a customer will need to pair their phone to the vehicle's head unit, then grant permissions to upload contacts saved on their mobile phone. Once the customer grants permissions, the following happens:<br><br>1. Contacts (name, phone number, and phone type) are temporarily stored when the phone is connected.<br><br>2. Contacts and SMS will not be available when the phone is disconnected from the vehicle or the phone is outside the vehicle.<br><br>**Notes:**<br><br>• Contacts uploaded in the vehicle are separate from contacts uploaded through the Alexa mobile app, which are used for communication with Echo family devices and other Alexa-enabled devices with communication. The contacts and messages can only be accessed by someone who is in the vehicle with the connected device.<br><br>• Alexa provides a voice-only experience to read and send SMS messages. Alexa will not notify the user when new SMS messages are available. The platform implementation provides new message notifications.<br><br>Amazon Alexa Auto Design Guidelines – Communication, *available at* https://developer.amazon.com/en-US/docs/alexa/alexa-auto/communication.html. |

- 10 -

U.S. Patent No. 10,347,248
Claim 11(b): "connect to a mobile device separate from the plurality of in-vehicle devices;"

| Claim 11(b) | Amazon Alexa Auto |
|---|---|
| | ## Terminology 🔗<br><br>This section uses the following terms in relation to Bluetooth phones:<br><br>• **Pair / paired** - The manual action taken by the customer to teach the vehicle and phone to connect to each other, usually done by navigating to the Bluetooth settings menus on each device while parked. Customers typically only do this once per phone, and the vehicle will remember that phone until the customer manually cancels the pairing (forget device). A paired phone may or may not be **connected** at a given time.<br>• **Connect / connected** - The automatic action of a live link being established between the vehicle and a **paired phone** for the purpose of calling and messaging. Connection usually happens each time a customer gets in the vehicle with their phone in a pocket or purse.<br><br>## Communication Permissions<br><br>Customers grant permission for Alexa to access and store their contacts and SMS messages from Alexa-enabled vehicles in the following ways:<br><br>• While pairing a phone to an enabled vehicle after Alexa is set up.<br>• While setting up Alexa on an enabled device.<br>• By changing Communication Settings on an enabled vehicle.<br><br>Once granted, contacts and SMS messages are uploaded to the Alexa cloud and are used for calling and SMS messaging.<br><br>*Id.* |

U.S. Patent No. 10,347,248
Claim 11(b): "connect to a mobile device separate from the plurality of in-vehicle devices;"

| Claim 11(b) | Amazon Alexa Auto |
|---|---|
| | ## Calling<br><br>Automotive drivers all around the world are accustomed to making calls from their phone while on-the-go. With Alexa, you can now place calls simply by saying "Alexa, call [contact, number]".<br><br>*"Alexa, call [device name (e.g. kitchen), or contact]"*<br><br>*"Calling [contacts device name].."*<br><br>A customer may place a call using Alexa that is initiated from their connected phone. If the customer says "Call [contact, number]" - Alexa will first try to use the connected phone to make a Native Call. This is a Phone Call Control (PCC) call, which uses the same native dialer as your device. If no phone is connected, then Alexa will make a call using the data connection.<br><br>*Id.*<br><br>## Bluetooth Module ¶<br><br>## Overview<br><br>The `Bluetooth` module allows the Alexa Auto SDK to connect to devices through the Bluetooth Classic or Bluetooth Low Energy (BLE) protocol. Using these protocols, the Auto SDK can offer Bluetooth-based features, such as Alexa Mobile Accessory (AMA) or Mobile Authorization, to users of Android or iOS smartphones.<br><br>Alexa Auto SDK – Bluetooth Module, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/features/bluetooth/. |

U.S. Patent No. 10,347,248
Claim 11(b): "connect to a mobile device separate from the plurality of in-vehicle devices;"

| Claim 11(b) | Amazon Alexa Auto |
|---|---|
| | ## Phone Control Module ¶<br><br>## Overview<br><br>The `Phone Control` module enables your Alexa Auto SDK client application to use the phone call control capabilities of Alexa, independent of the connection mechanism to the calling device. By using the `PhoneCallController` interface in your application, you allow the end user to interact with new or ongoing calls using Alexa, and you provide Alexa with the state of the calling device. The `Phone Control` module uses phone contacts uploaded via the `Address Book` module.<br><br>Your application's `PhoneCallController` integration is responsible for managing the lifecycle of the call session, including enhancing the end user experience by:<br><br>• Preventing Alexa Text To Speech (TTS) from being fed back into the microphone when the user triggers Alexa during a call. To accomplish this, your implementation should stop feeding the microphone input into the call channel until Alexa returns to the idle state, and it should also specify strong echo cancellation.<br><br>• Lowering the audio level of previous media in response to an incoming call until the call is answered or declined (if ducking is supported) and pausing the media if the call is answered.<br><br>• Maintaining the last dialed number to support redialing.<br><br>Alexa Auto SDK – Phone Control Module, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/features/phone-control/. |

- 13 -

U.S. Patent No 10,347,248
Claim 11(c): "receive a first natural language utterance;"

| Claim 11(c) | Amazon Alexa Auto |
|---|---|
| receive a first natural language utterance | Amazon Alexa Auto is configured to receive a first natural language utterance.<br><br>The Amazon Alexa Built-in experience provides the convenience of voice-initiated interactions, reducing the need for drivers to view or touch screens, so they can keep their hands on the wheel and eyes on the road. The Alexa in-vehicle experience is designed to be an extension of the Alexa experience at home, including much of what customers already know and love about Alexa – plus automotive-specific functionality including car control, navigation, and third-party.<br><br>Today, Amazon is working with nearly every major automaker – including Audi, BMW, Ford, GM, Stellantis, and VW – integrating Alexa into their vehicles, and building custom connected vehicle skills. These skills make it possible for customers to use Alexa to control their vehicle from the comfort of their home or mobile device, such as to precondition the vehicle, lock or unlock the doors, check the fuel or charge status and more.<br><br>Automakers use the Alexa Auto Software Development Kit (Alexa Auto SDK) to bring the Alexa experience into their vehicles. The Alexa Auto SDK includes core Alexa functionality, along with other functionalities such as the ability to stream media, control smart home devices from within the vehicle, receive timely notifications, and interact with tens of thousands of Alexa skills.<br><br>Three ways automakers can use the Alexa Auto SDK to build connected and personalized in-vehicle experiences, *available at* https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2022/06/Alexa-auto-sdk-june-2022. |

- 14 -

U.S. Patent No 10,347,248
Claim 11(c): "receive a first natural language utterance;"

| Claim 11(c) | Amazon Alexa Auto |
|---|---|
| |  Amazon Alexa Auto Webpage, *available at*  https://www.amazon.com/b?node=17599297011 |

- 15 -

U.S. Patent No 10,347,248
Claim 11(c): "receive a first natural language utterance;"

| Claim 11(c) | Amazon Alexa Auto |
|---|---|
| | ## Invoking Alexa<br><br>In the vehicle, customers can invoke Alexa by saying the wake word or pressing a button to begin speech dialogue. Alexa uses sound cues and visuals (voice chrome) to indicate listening state. Voice chrome also indicates when Alexa is thinking and speaking.<br><br>There are two primary ways to invoke Alexa in the vehicle. Both are required.<br><br>1. Saying the wake word "Alexa".<br><br>2. Pressing the Push-to-talk (PTT) button or an on-screen Tap-to-Talk (TTT) button to directly invoke Alexa without the wake word.<br><br>https://developer.amazon.com/en-US/docs/alexa/alexa-auto/invoking-alexa.html<br><br>## Alexa wake word<br><br>(Required) Support wake word to invoke Alexa.<br><br>## "Alexa..."<br><br>The wake word provides hands-free, voice-forward experiences with Alexa. Minimizing the need for drivers to view or touch the screen helps to reduce the visual (eyes off of the road) and manual (hands off the wheel) distractions in the car. Customers can turn off wake word in settings. Customers must first enable Alexa before they can begin speaking with her. See Menu and settings for details.<br><br>*Id.* |

U.S. Patent No 10,347,248
Claim 11(c): "receive a first natural language utterance;"

| Claim 11(c) | Amazon Alexa Auto |
|---|---|
| | <br><br>Amazon Alexa Auto SDK Core API Overview, *available at*  https://alexa.github.io/alexa-auto-sdk/docs/explore/concepts/core-api-overview/. |

U.S. Patent No. 10,347,248
Claim 11(d): "determine a first intent of the first natural language utterance"

| Claim 11(d) | Amazon Alexa Auto |
|---|---|
| determine a first intent of the first natural language utterance | Amazon Alexa Auto is configured to determine a first intent of the first natural language utterance.<br><br>You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way.<br><br>**The wake word**<br><br>Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests.<br><br>When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request.<br><br>**Keyword spotting**<br><br>Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request.<br><br>**Cloud verification and encryption**<br><br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>**Automatic Speech Recognition (ASR)**<br><br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:<br><br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"*<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011; *see also* https://www.amazon.com/b/?node=23608618011. |

- 18 -

U.S. Patent No. 10,347,248
Claim 11(d): "determine a first intent of the first natural language utterance"

| Claim 11(d) | Amazon Alexa Auto |
|---|---|
| | **Natural Language Understanding**<br><br>After ASR comes Natural Language Understanding (NLU). NLU assigns meaning to the transcription producing an "intent" which is an instruction to the Alexa system to tell it what to respond to. In our example, the intent is identified as "weather" and sent to the designated data source where information is pulled for location (Seattle) and time (today). Intents may also be used to improve the NLU process.<br><br>https://www.amazon.com/b/?node=23608618011 |

- 19 -

U.S. Patent No. 10,347,248
Claim 11(d): "determine a first intent of the first natural language utterance"

| Claim 11(d) | Amazon Alexa Auto |
|---|---|
| |  *Id.* <br><br> Further, for example, Alexa Auto can determine the intent of the user to "call" someone from the user's natural language utterance "Alexa, call Nick". |

U.S. Patent No. 10,347,248
Claim 11(d): "determine a first intent of the first natural language utterance"

| Claim 11(d) | Amazon Alexa Auto |
|---|---|
| | **Outbound Calling**<br><br>When a user asks Alexa to dial a number or call an uploaded contact, the Engine publishes the `Dial` message. Alternatively, if the user asks Alexa to redial the last dialed number, the Engine publishes the `Redial` message. In both cases, your application must publish the `CallStateChanged` message indicating the call is now in the **DIALING** state. Once the outgoing call setup is complete and outbound ringing has started, publish the `CallStateChanged` message specifying the **OUTBOUND_RINGING** call state.<br><br>If the call is answered and in progress, publish the `CallStateChanged` message indicating the call is now **ACTIVE**.<br><br>Whenever the user asks Alexa to end the call, the Engine publishes the `Stop` message. Publish the `CallStateChanged` message to indicate that the call is now **IDLE**.<br><br>Note: It is possible for the connection state to become `DISCONNECTED` after the user asks Alexa to dial or redial a number. Therefore, the application must ensure to check the connection state when the `Dial` or `Redial` message is received. If the call cannot be placed, publish the `CallFailed` message specifying an appropriate error code and message.<br><br>https://alexa.github.io/alexa-auto-sdk/docs/explore/features/phone-control/#inbound-calling |

U.S. Patent No. 10,347,248
Claim 11(d): "determine a first intent of the first natural language utterance"

| Claim 11(d) | Amazon Alexa Auto |
|---|---|
| | <br><br>Amazon Alexa Auto Design Guidelines – Communication, *available at* https://developer.amazon.com/en-US/docs/alexa/alexa-auto/communication.html. |

U.S. Patent No. 10,347,248
Claim 11(e): "determine that the first intent relates to a first request to be handled by the mobile device;"

| Claim 11(e) | Amazon Alexa Auto |
|---|---|
| determine that the first intent relates to a first request to be handled by the mobile device; | Amazon Alexa Auto is configured to determine that the first intent relates to a first request to be handled by the mobile device.<br><br>For example, Alexa Auto can determine the intent of the user to "call" someone from the user's natural language utterance "Alexa, call Nick" is related to a first request to be handled by the a smart phone connected to Alexa Auto.<br><br>## Communication<br><br>Today, drivers across the globe place calls while on-the-go, making communication features an integral part of the Alexa experience in the vehicle.<br><br>Alexa allows you to place calls and send and read SMS messages via voice using the mobile phone paired to the head unit. Alexa can also drop-in, make announcements and send voice messages to other Alexa devices, including the Alexa App. To call or send an SMS to any contact by name, customers may grant Alexa permission to upload contacts and access SMS from their mobile phone. To enable Alexa to access the phone's contact book, a customer will need to pair their phone to the vehicle's head unit, then grant permissions to upload contacts saved on their mobile phone. Once the customer grants permissions, the following happens:<br><br>1. Contacts (name, phone number, and phone type) are temporarily stored when the phone is connected.<br><br>2. Contacts and SMS will not be available when the phone is disconnected from the vehicle or the phone is outside the vehicle.<br><br>**Notes:**<br><br>- Contacts uploaded in the vehicle are separate from contacts uploaded through the Alexa mobile app, which are used for communication with Echo family devices and other Alexa-enabled devices with communication. The contacts and messages can only be accessed by someone who is in the vehicle with the connected device.<br><br>- Alexa provides a voice-only experience to read and send SMS messages. Alexa will not notify the user when new SMS messages are available. The platform implementation provides new message notifications.<br><br>Amazon Alexa Auto Design Guidelines – Communication, *available at* https://developer.amazon.com/en-US/docs/alexa/alexa-auto/communication.html. |

U.S. Patent No. 10,347,248

Claim 11(e): "determine that the first intent relates to a first request to be handled by the mobile device;"

| Claim 11(e) | Amazon Alexa Auto |
|---|---|
| | ## Terminology 🔗 <br><br> This section uses the following terms in relation to Bluetooth phones: <br><br> - **Pair / paired** - The manual action taken by the customer to teach the vehicle and phone to connect to each other, usually done by navigating to the Bluetooth settings menus on each device while parked. Customers typically only do this once per phone, and the vehicle will remember that phone until the customer manually cancels the pairing (forget device). A paired phone may or may not be **connected** at a given time. <br> - **Connect / connected** - The automatic action of a live link being established between the vehicle and a **paired phone** for the purpose of calling and messaging. Connection usually happens each time a customer gets in the vehicle with their phone in a pocket or purse. <br><br> ## Communication Permissions <br><br> Customers grant permission for Alexa to access and store their contacts and SMS messages from Alexa-enabled vehicles in the following ways: <br><br> - While pairing a phone to an enabled vehicle after Alexa is set up. <br> - While setting up Alexa on an enabled device. <br> - By changing Communication Settings on an enabled vehicle. <br><br> Once granted, contacts and SMS messages are uploaded to the Alexa cloud and are used for calling and SMS messaging. <br><br> *Id.* |

U.S. Patent No. 10,347,248
Claim 11(e): "determine that the first intent relates to a first request to be handled by the mobile device;"

| Claim 11(e) | Amazon Alexa Auto |
|---|---|
| | <br><br>*Id.*<br><br>Alexa Auto SDK – Bluetooth Module, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/features/bluetooth/. |

U.S. Patent No. 10,347,248
Claim 11(e): "determine that the first intent relates to a first request to be handled by the mobile device;"

| Claim 11(e) | Amazon Alexa Auto |
|---|---|
| | ## Phone Control Module ¶<br><br>## Overview<br><br>The `Phone Control` module enables your Alexa Auto SDK client application to use the phone call control capabilities of Alexa, independent of the connection mechanism to the calling device. By using the `PhoneCallController` interface in your application, you allow the end user to interact with new or ongoing calls using Alexa, and you provide Alexa with the state of the calling device. The `Phone Control` module uses phone contacts uploaded via the `Address Book` module.<br><br>Your application's `PhoneCallController` integration is responsible for managing the lifecycle of the call session, including enhancing the end user experience by:<br><br>- Preventing Alexa Text To Speech (TTS) from being fed back into the microphone when the user triggers Alexa during a call. To accomplish this, your implementation should stop feeding the microphone input into the call channel until Alexa returns to the idle state, and it should also specify strong echo cancellation.<br>- Lowering the audio level of previous media in response to an incoming call until the call is answered or declined (if ducking is supported) and pausing the media if the call is answered.<br>- Maintaining the last dialed number to support redialing.<br><br>Alexa Auto SDK – Phone Control Module, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/features/phone-control/. |

- 26 -

U.S. Patent No. 10,347,248
Claim 11(e): "determine that the first intent relates to a first request to be handled by the mobile device;"

| Claim 11(e) | Amazon Alexa Auto |
|---|---|
| | **Outbound Calling**<br><br>When a user asks Alexa to dial a number or call an uploaded contact, the Engine publishes the `Dial` message. Alternatively, if the user asks Alexa to redial the last dialed number, the Engine publishes the `Redial` message. In both cases, your application must publish the `CallStateChanged` message indicating the call is now in the **DIALING** state. Once the outgoing call setup is complete and outbound ringing has started, publish the `CallStateChanged` message specifying the **OUTBOUND_RINGING** call state.<br><br>If the call is answered and in progress, publish the `CallStateChanged` message indicating the call is now **ACTIVE**.<br><br>Whenever the user asks Alexa to end the call, the Engine publishes the `Stop` message. Publish the `CallStateChanged` message to indicate that the call is now **IDLE**.<br><br>Note: It is possible for the connection state to become `DISCONNECTED` after the user asks Alexa to dial or redial a number. Therefore, the application must ensure to check the connection state when the `Dial` or `Redial` message is received. If the call cannot be placed, publish the `CallFailed` message specifying an appropriate error code and message.<br><br>Source: Phone Control Module - Alexa Auto SDK |

U.S. Patent No. 10,347,248

Claim 11(e): "determine that the first intent relates to a first request to be handled by the mobile device;"

| Claim 11(e) | Amazon Alexa Auto |
|---|---|
| |  Amazon Alexa Auto Design Guidelines – Communication, *available at* https://developer.amazon.com/en-US/docs/alexa/alexa-auto/communication.html. |

U.S. Patent No. 10,347,248
Claim 11(f): "transmit the first request to the mobile device;"

| Claim 11(f) | Amazon Alexa Auto |
|---|---|
| transmit the first request to the mobile device | Amazon Alexa Auto is configured to transmit the first request to the mobile device.<br><br>For example, Alexa Auto can forward call request to the smartphone connected to Alexa Auto.<br><br>## Phone Control Module ¶<br><br>## Overview<br><br>The `Phone Control` module enables your Alexa Auto SDK client application to use the phone call control capabilities of Alexa, independent of the connection mechanism to the calling device. By using the `PhoneCallController` interface in your application, you allow the end user to interact with new or ongoing calls using Alexa, and you provide Alexa with the state of the calling device. The `Phone Control` module uses phone contacts uploaded via the `Address Book` module.<br><br>Your application's `PhoneCallController` integration is responsible for managing the lifecycle of the call session, including enhancing the end user experience by:<br><br>• Preventing Alexa Text To Speech (TTS) from being fed back into the microphone when the user triggers Alexa during a call. To accomplish this, your implementation should stop feeding the microphone input into the call channel until Alexa returns to the idle state, and it should also specify strong echo cancellation.<br><br>• Lowering the audio level of previous media in response to an incoming call until the call is answered or declined (if ducking is supported) and pausing the media if the call is answered.<br><br>• Maintaining the last dialed number to support redialing.<br><br>Alexa Auto SDK – Phone Control Module, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/features/phone-control/. |

- 29 -

U.S. Patent No. 10,347,248
Claim 11(f): "transmit the first request to the mobile device;"

| Claim 11(f) | Amazon Alexa Auto |
|---|---|
| |  Amazon Alexa Auto Design Guidelines – Communication, *available at* https://developer.amazon.com/en-US/docs/alexa/alexa-auto/communication.html. |

U.S. Patent No. 10,347,248
Claim 11(f): "transmit the first request to the mobile device;"

| Claim 11(f) | Amazon Alexa Auto |
|---|---|
| | **Outbound Calling**<br><br>When a user asks Alexa to dial a number or call an uploaded contact, the Engine publishes the `Dial` message. Alternatively, if the user asks Alexa to redial the last dialed number, the Engine publishes the `Redial` message. In both cases, your application must publish the `CallStateChanged` message indicating the call is now in the **DIALING** state. Once the outgoing call setup is complete and outbound ringing has started, publish the `CallStateChanged` message specifying the **OUTBOUND_RINGING** call state.<br><br>If the call is answered and in progress, publish the `CallStateChanged` message indicating the call is now **ACTIVE**.<br><br>Whenever the user asks Alexa to end the call, the Engine publishes the `Stop` message. Publish the `CallStateChanged` message to indicate that the call is now **IDLE**.<br><br>Note: It is possible for the connection state to become `DISCONNECTED` after the user asks Alexa to dial or redial a number. Therefore, the application must ensure to check the connection state when the `Dial` or `Redial` message is received. If the call cannot be placed, publish the `CallFailed` message specifying an appropriate error code and message.<br><br>https://alexa.github.io/alexa-auto-sdk/docs/explore/features/phone-control/#inbound-calling<br><br>## Handle Requests Sent by Alexa<br><br>When you create a custom skill, you create either an AWS Lambda function or a web service that can handle *requests* from Alexa. The code you write for this service needs to:<br><br>• Recognize each incoming *request* that Alexa sends<br><br>• Return an appropriate *response*<br><br>This document provides details and code examples that show how to process requests and return responses.<br><br>https://developer.amazon.com/en-US/docs/alexa/custom-skills/handle-requests-sent-by-alexa.html |

- 31 -

U.S. Patent No. 10,347,248
Claim 11(f): "transmit the first request to the mobile device;"

| Claim 11(f) | Amazon Alexa Auto |
|---|---|
| | <br><br>Amazon Alexa Auto SDK Core API Overview, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/concepts/core-api-overview/. |

U.S. Patent No. 10,347,248
Claim 11(f): "transmit the first request to the mobile device;"

| Claim 11(f) | Amazon Alexa Auto |
|---|---|
| | **The Engine**<br><br>The Auto SDK Engine is a system of components that provide the core implementation of all Auto SDK features. The Engine manages communication with Amazon services, such as Alexa, on behalf of your application. With respect to Alexa, your application's Alexa client stack uses the Engine as the layer that sets up the connection to Alexa, publishes device capabilities, sends Alexa events, processes Alexa directives, and more.<br><br>Your application creates and configures an instance of the Engine and uses a simple interface to manage the Engine lifecycle for the duration of the application run time. Aside from setting up the Engine, the primary responsibility of your application is to provide the platform-specific, custom integration details that make Alexa and other core SDK features work for *your* vehicle, in particular. Platform-specific integration might include building UI and interacting with external libraries, applications, or the underlying software frameworks of your operating system in order to complete the Auto SDK client stack with deep integration into your system.<br><br>The Engine implements as much of the general functionality as possible; for integration details that it can't implement, the Engine delegates responsibility to your application "handlers" via AASB messages published through the MessageBroker.<br><br>*Id.* |

- 33 -

U.S. Patent No. 10,347,248
Claim 11(g): "receive a second natural language utterance;"

| Claim 11(g) | Amazon Alexa Auto |
|---|---|
| receive a second natural language utterance; | Amazon Alexa Auto is configured to receive a second natural language utterance.<br><br>The Amazon Alexa Built-in experience provides the convenience of voice-initiated interactions, reducing the need for drivers to view or touch screens, so they can keep their hands on the wheel and eyes on the road. The Alexa in-vehicle experience is designed to be an extension of the Alexa experience at home, including much of what customers already know and love about Alexa – plus automotive-specific functionality including car control, navigation, and third-party.<br><br>Today, Amazon is working with nearly every major automaker – including Audi, BMW, Ford, GM, Stellantis, and VW – integrating Alexa into their vehicles, and building custom connected vehicle skills. These skills make it possible for customers to use Alexa to control their vehicle from the comfort of their home or mobile device, such as to precondition the vehicle, lock or unlock the doors, check the fuel or charge status and more.<br><br>Automakers use the Alexa Auto Software Development Kit (Alexa Auto SDK) to bring the Alexa experience into their vehicles. The Alexa Auto SDK includes core Alexa functionality, along with other functionalities such as the ability to stream media, control smart home devices from within the vehicle, receive timely notifications, and interact with tens of thousands of Alexa skills.<br><br>Three ways automakers can use the Alexa Auto SDK to build connected and personalized in-vehicle experiences, *available at* https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2022/06/Alexa-auto-sdk-june-2022.<br><br>## Invoking Alexa<br><br>In the vehicle, customers can invoke Alexa by saying the wake word or pressing a button to begin speech dialogue. Alexa uses sound cues and visuals (voice chrome) to indicate listening state. Voice chrome also indicates when Alexa is thinking and speaking.<br><br>There are two primary ways to invoke Alexa in the vehicle. Both are required.<br><br>1. Saying the wake word "Alexa".<br>2. Pressing the Push-to-talk (PTT) button or an on-screen Tap-to-Talk (TTT) button to directly invoke Alexa without the wake word.<br><br>https://developer.amazon.com/en-US/docs/alexa/alexa-auto/invoking-alexa.html |

U.S. Patent No. 10,347,248
Claim 11(g): "receive a second natural language utterance;"

| Claim 11(g) | Amazon Alexa Auto |
|---|---|
| | ## Alexa wake word<br><br>(Required) Support wake word to invoke Alexa.<br><br>## "Alexa..."<br><br>The wake word provides hands-free, voice-forward experiences with Alexa. Minimizing the need for drivers to view or touch the screen helps to reduce the visual (eyes off of the road) and manual (hands off the wheel) distractions in the car. Customers can turn off wake word in settings. Customers must first enable Alexa before they can begin speaking with her. See Menu and settings for details.<br><br>*Id.* |

U.S. Patent No. 10,347,248
Claim 11(g): "receive a second natural language utterance;"

| Claim 11(g) | Amazon Alexa Auto |
|---|---|
| |  |

Amazon Alexa Auto SDK Core API Overview, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/concepts/core-api-overview/.

For example, the second natural language utterance can be used to control vehicle features.

U.S. Patent No. 10,347,248
Claim 11(g): "receive a second natural language utterance;"

| Claim 11(g) | Amazon Alexa Auto |
|---|---|
| | ## Car Control Module<br><br>## Overview<br><br>The Alexa Auto SDK `Car Control` module enables you to build a custom experience that allows users to use Alexa to voice-control vehicle features. The following concepts comprise the `Car Control` module APIs:<br><br>## Endpoints ¶<br><br>The head unit device acting as an Alexa Auto SDK client is an "endpoint" that connects to the Alexa service. Other Auto SDK modules, such as `Alexa`, configure capabilities on this "root" or "default" endpoint because the capabilities pertain to the head unit itself. The `Car Control` module enables the default Auto SDK client endpoint to act as a proxy to receive events and directives on behalf of connected endpoints. You can configure a separate endpoint for every vehicle component that the head unit can control through device-level connections. This enables the user to target individual vehicle components directly with utterances like "Alexa, turn on the AC" or "Alexa, set the temperature to 65."<br><br>https://alexa.github.io/alexa-auto-sdk/docs/explore/features/car-control/#endpoints |

- 37 -

U.S. Patent No. 10,347,248
Claim 11(g): "receive a second natural language utterance;"

| Claim 11(g) | Amazon Alexa Auto |
|---|---|
| | **Capabilities**<br><br>In the utterance "Alexa, turn on the AC", "turn on" corresponds to a specific capability configured for the "AC" endpoint. Defining an endpoint declares a vehicle feature to be controllable, and defining capabilities on the endpoint declares *how* the endpoint can be controlled.<br><br>Car Control supports four capability interfaces that can be declared alone or in combination for a particular endpoint to model its individual control experience:<br><br>• **Power Controller** controls the overall power state of an endpoint. For example, configuring an "AC" endpoint with a Power Controller capability enables utterances such as "Alexa, turn on the AC" and "Alexa, power off the AC".<br><br>• **Toggle Controller** controls a particular named property of an endpoint that can be turned on and off. For example, configuring a "windshield" endpoint with a "defroster" Toggle Controller capability instance enables utterances such as "Alexa, turn on the windshield defroster."<br><br>• **Mode Controller** controls a particular named property of an endpoint that can be set to a discrete value from a defined set of values. For example, if an ambient light endpoint has red and green color settings, configuring an "ambient light" endpoint with a "color" Mode Controller capability instance enables utterances such as "Alexa, set the ambient light color to red" and "Alexa, change the ambient light to green."<br><br>• **Range Controller** controls a particular named property of an endpoint that can be set to a numeric value within a range. For example, if a fan endpoint has a speed property with settings 1 through 3, configuring a "fan" endpoint with a "speed" Range Controller capability instance enables utterances such as "Alexa, set the fan speed to 2." You can configure names, such as "medium", for a range value to enable additional utterances such as "Alexa, set the fan to medium" to set the fan speed setting to 2.<br><br>*Id.* |

U.S. Patent No. 10,347,248
Claim 11(h): "determine a second intent of the second natural language utterance;"

| Claim 11(h) | Amazon Alexa Auto |
|---|---|
| determine a second intent of the second natural language utterance; | Amazon Alexa Auto is configured to determine a second intent of the second natural language utterance.<br><br>The Amazon Alexa Built-in experience provides the convenience of voice-initiated interactions, reducing the need for drivers to view or touch screens, so they can keep their hands on the wheel and eyes on the road. The Alexa in-vehicle experience is designed to be an extension of the Alexa experience at home, including much of what customers already know and love about Alexa – plus automotive-specific functionality including car control, navigation, and third-party.<br><br>Today, Amazon is working with nearly every major automaker – including Audi, BMW, Ford, GM, Stellantis, and VW – integrating Alexa into their vehicles, and building custom connected vehicle skills. These skills make it possible for customers to use Alexa to control their vehicle from the comfort of their home or mobile device, such as to precondition the vehicle, lock or unlock the doors, check the fuel or charge status and more.<br><br>Automakers use the Alexa Auto Software Development Kit (Alexa Auto SDK) to bring the Alexa experience into their vehicles. The Alexa Auto SDK includes core Alexa functionality, along with other functionalities such as the ability to stream media, control smart home devices from within the vehicle, receive timely notifications, and interact with tens of thousands of Alexa skills.<br><br>Three ways automakers can use the Alexa Auto SDK to build connected and personalized in-vehicle experiences, *available at* https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2022/06/Alexa-auto-sdk-june-2022.<br><br>For example, Alexa Auto can determine the intent of the user to "turn on the AC" from the user's natural language utterance "Alexa, turn on the AC" based on capabilities settings of Alexa Auto's car control module. |

U.S. Patent No. 10,347,248
Claim 11(h): "determine a second intent of the second natural language utterance;"

| Claim 11(h) | Amazon Alexa Auto |
|---|---|
| | **Capabilities**<br><br>In the utterance "Alexa, turn on the AC", "turn on" corresponds to a specific capability configured for the "AC" endpoint. Defining an endpoint declares a vehicle feature to be controllable, and defining capabilities on the endpoint declares *how* the endpoint can be controlled.<br><br>Car Control supports four capability interfaces that can be declared alone or in combination for a particular endpoint to model its individual control experience:<br><br>• **Power Controller** controls the overall power state of an endpoint. For example, configuring an "AC" endpoint with a Power Controller capability enables utterances such as "Alexa, turn on the AC" and "Alexa, power off the AC".<br><br>• **Toggle Controller** controls a particular named property of an endpoint that can be turned on and off. For example, configuring a "windshield" endpoint with a "defroster" Toggle Controller capability instance enables utterances such as "Alexa, turn on the windshield defroster."<br><br>• **Mode Controller** controls a particular named property of an endpoint that can be set to a discrete value from a defined set of values. For example, if an ambient light endpoint has red and green color settings, configuring an "ambient light" endpoint with a "color" Mode Controller capability instance enables utterances such as "Alexa, set the ambient light color to red" and "Alexa, change the ambient light to green."<br><br>• **Range Controller** controls a particular named property of an endpoint that can be set to a numeric value within a range. For example, if a fan endpoint has a speed property with settings 1 through 3, configuring a "fan" endpoint with a "speed" Range Controller capability instance enables utterances such as "Alexa, set the fan speed to 2." You can configure names, such as "medium", for a range value to enable additional utterances such as "Alexa, set the fan to medium" to set the fan speed setting to 2.<br><br>*Id.* |

U.S. Patent No. 10,347,248
Claim 11(h): "determine a second intent of the second natural language utterance;"

| Claim 11(h) | Amazon Alexa Auto |
|---|---|
| | **Natural Language Understanding**<br><br>After ASR comes Natural Language Understanding (NLU). NLU assigns meaning to the transcription producing an "intent" which is an instruction to the Alexa system to tell it what to respond to. In our example, the intent is identified as "weather" and sent to the designated data source where information is pulled for location (Seattle) and time (today). Intents may also be used to improve the NLU process.<br><br>https://www.amazon.com/b/?node=23608618011 |

- 41 -

U.S. Patent No. 10,347,248

Claim 11(i): "determine that the second intent relates to a second request to be handled by an in-vehicle device selected from among the plurality of in-vehicle devices;"

| Claim 11(i) | Amazon Alexa Auto |
|---|---|
| determine that the second intent relates to a second request to be handled by an in-vehicle device selected from among the plurality of in-vehicle devices; | Amazon Alexa Auto is configured to determine that the second intent relates to a second request to be handled by an in-vehicle device selected from among the plurality of in-vehicle devices.<br><br>For example, Alexa Auto can determine the intent of the user to "turn on the AC" from the user's natural language utterance "Alexa, turn on the AC" is related to a second request to be handled by the car's AC connected to Alexa Auto based on endpoints and capabilities settings of Alexa Auto's car control module.<br><br>## Car Control Module<br><br>## Overview<br><br>The Alexa Auto SDK `Car Control` module enables you to build a custom experience that allows users to use Alexa to voice-control vehicle features. The following concepts comprise the `Car Control` module APIs:<br><br>## Endpoints ¶<br><br>The head unit device acting as an Alexa Auto SDK client is an "endpoint" that connects to the Alexa service. Other Auto SDK modules, such as `Alexa`, configure capabilities on this "root" or "default" endpoint because the capabilities pertain to the head unit itself. The `Car Control` module enables the default Auto SDK client endpoint to act as a proxy to receive events and directives on behalf of connected endpoints. You can configure a separate endpoint for every vehicle component that the head unit can control through device-level connections. This enables the user to target individual vehicle components directly with utterances like "Alexa, turn on the AC" or "Alexa, set the temperature to 65."<br><br>https://alexa.github.io/alexa-auto-sdk/docs/explore/features/car-control/#endpoints |

- 42 -

U.S. Patent No. 10,347,248

Claim 11(i): "determine that the second intent relates to a second request to be handled by an in-vehicle device selected from among the plurality of in-vehicle devices;"

| Claim 11(i) | Amazon Alexa Auto |
|---|---|
| | **Capabilities**<br><br>In the utterance "Alexa, turn on the AC", "turn on" corresponds to a specific capability configured for the "AC" endpoint. Defining an endpoint declares a vehicle feature to be controllable, and defining capabilities on the endpoint declares *how* the endpoint can be controlled.<br><br>Car Control supports four capability interfaces that can be declared alone or in combination for a particular endpoint to model its individual control experience:<br><br>• **Power Controller** controls the overall power state of an endpoint. For example, configuring an "AC" endpoint with a Power Controller capability enables utterances such as "Alexa, turn on the AC" and "Alexa, power off the AC".<br><br>• **Toggle Controller** controls a particular named property of an endpoint that can be turned on and off. For example, configuring a "windshield" endpoint with a "defroster" Toggle Controller capability instance enables utterances such as "Alexa, turn on the windshield defroster."<br><br>• **Mode Controller** controls a particular named property of an endpoint that can be set to a discrete value from a defined set of values. For example, if an ambient light endpoint has red and green color settings, configuring an "ambient light" endpoint with a "color" Mode Controller capability instance enables utterances such as "Alexa, set the ambient light color to red" and "Alexa, change the ambient light to green."<br><br>• **Range Controller** controls a particular named property of an endpoint that can be set to a numeric value within a range. For example, if a fan endpoint has a speed property with settings 1 through 3, configuring a "fan" endpoint with a "speed" Range Controller capability instance enables utterances such as "Alexa, set the fan speed to 2." You can configure names, such as "medium", for a range value to enable additional utterances such as "Alexa, set the fan to medium" to set the fan speed setting to 2.<br><br>*Id.* |

U.S. Patent No. 10,347,248
Claim 11(j): "transmit the second request to the in-vehicle device; and"

| Claim 11(j) | Amazon Alexa Auto |
|---|---|
| transmit the second request to the in-vehicle device; and | Amazon Alexa Auto is configured to transmit the second request to the in-vehicle device.<br><br>For example, Alexa Auto can forward request to "turn on the AC" to the Car AC connected to Alexa Auto<br><br>## Car Control Module<br><br>## Overview<br><br>The Alexa Auto SDK `Car Control` module enables you to build a custom experience that allows users to use Alexa to voice-control vehicle features. The following concepts comprise the `Car Control` module APIs:<br><br>## Endpoints ¶<br><br>The head unit device acting as an Alexa Auto SDK client is an "endpoint" that connects to the Alexa service. Other Auto SDK modules, such as `Alexa`, configure capabilities on this "root" or "default" endpoint because the capabilities pertain to the head unit itself. The `Car Control` module enables the default Auto SDK client endpoint to act as a proxy to receive events and directives on behalf of connected endpoints. You can configure a separate endpoint for every vehicle component that the head unit can control through device-level connections. This enables the user to target individual vehicle components directly with utterances like "Alexa, turn on the AC" or "Alexa, set the temperature to 65."<br><br>https://alexa.github.io/alexa-auto-sdk/docs/explore/features/car-control/#endpoints |

U.S. Patent No. 10,347,248
Claim 11(j): "transmit the second request to the in-vehicle device; and"

| Claim 11(j) | Amazon Alexa Auto |
|---|---|
| | **Capabilities**<br><br>In the utterance "Alexa, turn on the AC", "turn on" corresponds to a specific capability configured for the "AC" endpoint. Defining an endpoint declares a vehicle feature to be controllable, and defining capabilities on the endpoint declares *how* the endpoint can be controlled.<br><br>Car Control supports four capability interfaces that can be declared alone or in combination for a particular endpoint to model its individual control experience:<br><br>• **Power Controller** controls the overall power state of an endpoint. For example, configuring an "AC" endpoint with a Power Controller capability enables utterances such as "Alexa, turn on the AC" and "Alexa, power off the AC".<br><br>• **Toggle Controller** controls a particular named property of an endpoint that can be turned on and off. For example, configuring a "windshield" endpoint with a "defroster" Toggle Controller capability instance enables utterances such as "Alexa, turn on the windshield defroster."<br><br>• **Mode Controller** controls a particular named property of an endpoint that can be set to a discrete value from a defined set of values. For example, if an ambient light endpoint has red and green color settings, configuring an "ambient light" endpoint with a "color" Mode Controller capability instance enables utterances such as "Alexa, set the ambient light color to red" and "Alexa, change the ambient light to green."<br><br>• **Range Controller** controls a particular named property of an endpoint that can be set to a numeric value within a range. For example, if a fan endpoint has a speed property with settings 1 through 3, configuring a "fan" endpoint with a "speed" Range Controller capability instance enables utterances such as "Alexa, set the fan speed to 2." You can configure names, such as "medium", for a range value to enable additional utterances such as "Alexa, set the fan to medium" to set the fan speed setting to 2.<br><br>*Id.* |

- 45 -

U.S. Patent No. 10,347,248
Claim 11(j): "transmit the second request to the in-vehicle device; and"

| Claim 11(j) | Amazon Alexa Auto |
|---|---|
| |  Amazon Alexa Auto SDK Core API Overview, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/concepts/core-api-overview/. |

- 46 -

U.S. Patent No. 10,347,248
Claim 11(j): "transmit the second request to the in-vehicle device; and"

| Claim 11(j) | Amazon Alexa Auto |
|---|---|
| | **The Engine**<br><br>The Auto SDK Engine is a system of components that provide the core implementation of all Auto SDK features. The Engine manages communication with Amazon services, such as Alexa, on behalf of your application. With respect to Alexa, your application's Alexa client stack uses the Engine as the layer that sets up the connection to Alexa, publishes device capabilities, sends Alexa events, processes Alexa directives, and more.<br><br>Your application creates and configures an instance of the Engine and uses a simple interface to manage the Engine lifecycle for the duration of the application run time. Aside from setting up the Engine, the primary responsibility of your application is to provide the platform-specific, custom integration details that make Alexa and other core SDK features work for *your* vehicle, in particular. Platform-specific integration might include building UI and interacting with external libraries, applications, or the underlying software frameworks of your operating system in order to complete the Auto SDK client stack with deep integration into your system.<br><br>The Engine implements as much of the general functionality as possible; for integration details that it can't implement, the Engine delegates responsibility to your application "handlers" via AASB messages published through the MessageBroker.<br><br>*Id.* |

U.S. Patent No. 10,347,248

Claim 11(k): "in the case one of (i) insufficient information is available to the mobile device to perform the first request, or (ii) insufficient….a third request for additional information to one of a networked search engine or an external service provider."

| Claim 11(k) | Amazon Alexa Auto |
|---|---|
| in the case one of (i) insufficient information is available to the mobile device to perform the first request, or (ii) insufficient information is available to the in-vehicle device to perform the second request, generate and transmit by the vehicle telematics system a third request for additional information to one of a networked search engine or an external service provider. | Amazon Alexa Auto is configured such that in the case one of (i) insufficient information is available to the mobile device to perform the first request, or (ii) insufficient information is available to the in-vehicle device to perform the second request, generate and transmit by the vehicle telematics system a third request for additional information to one of a networked search engine or an external service provider.<br><br>For example, Amazon Alexa can follow up with the user in the case of insufficient information.<br><br>If two people are talking in a noisy environment, and one doesn't hear the other clearly or doesn't quite understand what the other person meant, the natural reaction is to ask for clarification. The same is true with voice agents like Alexa. Rather than taking a potentially wrong action based on inaccurate or incomplete understanding, Alexa will ask a follow-up question, such as whether a requested timer should be set for *fifteen* or *fifty* minutes.<br><br>Reducing unnecessary clarification questions from voice agents, *available at* https://www.amazon.science/blog/reducing-unnecessary-clarification-questions-from-voice-agents. |

U.S. Patent No. 10,347,248

Claim 11(k): "in the case one of (i) insufficient information is available to the mobile device to perform the first request, or (ii) insufficient….a third request for additional information to one of a networked search engine or an external service provider."

| Claim 11(k) | Amazon Alexa Auto |
|---|---|
| | A large-scale conversational agent can suffer from understanding user utterances with various ambiguities such as ASR ambiguity, intent ambiguity, and hypothesis ambiguity. When ambiguities are detected, the agent should engage in a clarifying dialog to resolve the ambiguities before committing to actions. However, asking clarifying questions for all the ambiguity occurrences could lead to asking too many questions, essentially hampering the user experience. To trigger clarifying questions only when necessary for the user satisfaction, we propose a neural self-attentive model that leverages the hypotheses with ambiguities and contextual signals. We conduct extensive experiments on five common ambiguity types using real data from a large-scale commercial conversational agent and demonstrate significant improvement over a set of baseline approaches.<br><br>Deciding whether to ask clarifying questions in large-scale spoken language understanding, *available at* https://cdn.amazon.science/ca/33/5d25245f4e34b3eadac7e983e083/deciding-whether-to-ask-clarifying-questions-in-large-scale-spoken-language-understanding.pdf.<br><br>**implicit confirmation (landmarking)**<br><br>A prompt that subtly repeats back what Alexa heard to give the customer assurance that they were correctly understood. In the following example, repeating back the word "horoscope" is a landmarking technique used to establish trust with the customer but still supports natural dialog.<br><br>For example, "Alexa, ask Astrology Daily for my horoscope." Alexa would then ask to clarify the request with, "Horoscope for what sign?"<br><br>https://developer.amazon.com/en-US/docs/alexa/ask-overviews/alexa-skills-kit-glossary.html#explicit-confirmation |

U.S. Patent No. 10,347,248

Claim 11(k): "in the case one of (i) insufficient information is available to the mobile device to perform the first request, or (ii) insufficient….a third request for additional information to one of a networked search engine or an external service provider."

| Claim 11(k) | Amazon Alexa Auto |
|---|---|
|  | Further, for example, Alexa Auto can request information from external service providers (e.g., Spotify) for additional information.<br><br>## Use Skill Connections to Request Tasks<br><br>⚠ **Important:** You must not share any protected health information (PHI) or personally identifiable information (PII) when you create a connection between skills. This restriction applies to any information, including information you send in the schema. Child-directed skills aren't eligible to use connections between skills. HIPAA-eligible skills can only use connections between skills as defined in the Requirements for Skills that are HIPAA-eligible.<br><br>An Alexa skill can use a skill connection to request a task from Amazon or from a provider skill. For example, a recipe skill can request that a printer skill print a recipe. Before you make your skill a requester skill, determine what task you want a provider skill to fulfill, and whether you want to use an Amazon-predefined task, or a custom task that's offered by a provider skill. For an overview of skill connections, see Understand Skill Connections.<br><br>https://developer.amazon.com/en-US/docs/alexa/custom-skills/use-skill-connections-to-request-tasks.html<br><br>## Request a task from a provider skill 🔗<br><br>A requester skill requests a task from a provider skill. If possible, the provider skill fulfills the request of the requester skill.<br><br>To pass control to the provider, the skill sends a `Connections.StartConnection` directive. To pass control back to the skill after verifying the user, Alexa sends a `SessionResumedRequest` to the skill. If you have an existing skill, you can modify this skill so that it becomes a requester, which means that it can request a task from skills that are providers.<br><br>*Id.* |

U.S. Patent No. 10,347,248

Claim 11(k): "in the case one of (i) insufficient information is available to the mobile device to perform the first request, or (ii) insufficient….a third request for additional information to one of a networked search engine or an external service provider."

| Claim 11(k) | Amazon Alexa Auto |
|---|---|
| | **Managed and direct skill connections**<br><br>There are two types of skill connections: *managed* and *direct*. In both types, a requester skill requests a task from a provider skill.<br><br>- In a *managed skill connection*, the requester skill requests an Amazon predefined task from Alexa, and Alexa determines whether the task is completed by Amazon or by a provider skill. Alexa selects the provider skill, which completes the task if it can, and returns control to the requester skill. If you have a provider skill, you can set your skill up to implement an Amazon task, but you cannot make your skill be the one Alexa selects to fulfill requests for that task.<br><br>Source: Understand Skill Connections \| Alexa Skills Kit |