# EXHIBIT 6

# U.S. Patent No. 10,783,899

## Babble Noise Suppression

## Infringement Claim Chart

## Amazon Smart Devices

**U.S. Patent No. 10,783,899**

1 "A method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| A method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise, the method comprising | Amazon Smart Devices with Amazon's Alexa (including Alexa+)[1] are configured to perform a method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise. <br><br> For example, Amazon Smart Devices implement noise suppression techniques to improve the ability for the Alexa smart assistant to recognize the words spoken by a user. <br><br> A user query for Amazon Echo is typically phrased as: "Alexa, what is the time?", where the first word *Alexa* is called the *wake-word* (WW) (to get the device's attention), and the remaining part of the utterance is termed as the *voice command*. One of the primary challenges for Echo devices to scale to millions of households was to cope up with the unknown acoustical conditions in users homes, which include varying levels of acoustic echo, noise and reverberation; the acoustic interference in the room can significantly impair the spoken utterance. While significant progress has recently been made in the ASR and WW recognition performance by using deep neural networks (DNNs) in acoustic modeling (AM) [1–3], their performance can be further improved with a well-designed AFE [4–6]. Echo devices use a highly specialized multi-channel (or multi-microphone) AFE, which significantly improves the ASR and WW performance under a variety of acoustic conditions. Note that for the rest of the paper we will use the term *smart-speaker* instead of Amazon Echo to avoid confusion with the term 'acoustic echo'. <br><br> Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1543, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

---

[1] Amazon Smart Devices with Amazon's Alexa (including Alexa+) include, for example, Amazon Echo smart speakers, Amazon Echo Show smart displays, Amazon Ember televisions, Amazon Fire TVs, Amazon Fire tablets, and Amazon Fire TV Cube.  Upon information and believe the Amazon Smart Devices with Amazon's Alexa operate in substantially the same manner with respect to the '899 Patent.

**U.S. Patent No. 10,783,899**

1 "A method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | **4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>*Id.* |

**U.S. Patent No. 10,783,899**

1 "A method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---------|----------------------|
| | <br><br>**Fig. 3.** Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543. |

-4-

**U.S. Patent No. 10,783,899**

1 "A method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | Smart speakers, such as the Amazon Echo family of products, are growing in popularity among consumer and business audiences. In order to improve the automatic speech recognition (ASR) and full-duplex voice communication (FDVC) performance of these smart speakers, acoustical echo cancellation (AEC) and noise reduction systems are required. These systems reduce the noises and echoes that can impact operation, such as an Echo device accurately hearing the wake word "Alexa." <br><br> Amazon Scientist Outlines Multilayer System For Smart Speaker Echo Cancellation And Voice Enhancement, *available at* https://www.amazon.science/blog/amazon-scientist-outlines-multilayer-system-for-smart-speaker-echo-cancellation-and-voice-enhancement. <br><br> For example, Amazon Smart Devices includes a multilayer processing system that includes dedicated modules for speaker echo and noise cancellation such as Sub-Band Residual Echo Suppression (SBRES), Sub-Band Noise Reduction (SBNR) and adaptation-based Nonlinear Echo Cancellation (NLEC) modules that perform noise suppression of an audio signal input to microphone. |

**U.S. Patent No. 10,783,899**

1 "A method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| *Id.* |  |

The Proposed Multilayer Process

YANG, JUN

In our subjective and objective testing on smart speakers powered by Alexa, this multilayer signal processing system demonstrated that it can deliver significant performance improvements in word-error-rate (WER), echo and noise reduction. Specifically, the relative WER improvements of SBNR, SBRES, and NLEC layers were about 22%, 14%, and 17%, respectively. The echo and noise reduction improvements totaled about 40 decibels and 19 decibels, respectively. Moreover, the additional processing power required for this multilayer system is minimal, making it a viable option for smart speaker voice enhancement. In fact, for about a year now, we have utilized this multilayer noise and echo reduction approach with several Amazon Echo devices that have shipped to customers.

**U.S. Patent No. 10,783,899**

1 "A method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | *Id.*<br><br><br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf.<br><br>The adaptation-based Nonlinear Echo Cancellation (NLEC) module is shown below |

**U.S. Patent No. 10,783,899**

1 "A method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| |   Figure 3 The Proposed Adaptation-Based NLEC Algorithm<br>*Id.*<br><br><br>Further, in the Amazon Smart Devices, the audio signal includes foreground speech components and background noise. |

**U.S. Patent No. 10,783,899**

1 "A method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---------|---------------------|
|  | **4.1. Noise reduction performance**<br><br>Figure 4 shows the input waveform (top) of noisy speech captured in vacuum noise environment and the output waveform (bottom) processed by the proposed SBNR layer. Obviously, the proposed SBNR layer reduces noise about 19.3 dB. Figure 5 shows the corresponding spectrograms.<br><br><br><br>Figure 4 Waveforms of "before" (top) and "after" (bottom) SBNR Processing<br><br><br><br>Figure 5 Spectrograms of Figure 4<br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

**U.S. Patent No. 10,783,899**

1 "A method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | **4.2. Echo suppression performance** <br><br> Figure 6 shows the waveform of SBRES=off (top) and the waveform of SBRES=on (bottom). It can be seen that the proposed SBRES layer reduces echo about 11.64 dB. Figure 7 shows the waveform of NLEC=off (top) and the waveform of NLEC=on (bottom), which shows that echo has been reduced by the proposed NLEC layer about 35 dB. <br><br> <br> Figure 6 Waveforms of "SBRES=off" (top) and "SBRES=on" (bottom) <br><br> <br> Figure 7 Waveforms of "NLEC=off" (top) and "NLEC=on" (bottom) <br><br> *Id.* |

**U.S. Patent No. 10,783,899**

1 "A method of performing noise suppression of an audio signal, the audio signal including foreground speech components and background noise, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
|  | Further, for example, the Amazon Echo Dot Max, Echo Studio, Echo Show 8, and Echo Show 11 include Amazon's AZ3 processor which filters out background noise and improves better conversation detection and wake word detection.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

-11-

**U.S. Patent No. 10,783,899**

1(a) "determining, dynamically, a speech detection result indicating a likelihood of a presence of the foreground speech components in the audio signal; and"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| determining, dynamically, a speech detection result indicating a likelihood of a presence of the foreground speech components in the audio signal; and | Amazon Smart Devices are configured to determine, dynamically, a speech detection result indicating a likelihood of a presence of the foreground speech components in the audio signal.<br><br>**ABSTRACT**<br><br>Far-field automatic speech recognition (ASR) is a key enabling technology that allows untethered and natural voice interaction between users and Amazon Echo family of products. A key component in realizing far-field ASR on these products is the suite of audio front-end (AFE) algorithms that helps in mitigating acoustic environmental challenges and thereby improving the ASR performance. In this paper, we discuss the key algorithms within the AFE, and we provide insights into how these algorithms help in mitigating the various acoustical challenges for far-field processing. We also provide insights into the audio algorithm architecture adopted for the AFE, and we discuss ongoing and future research.<br><br>Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1543, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

-12-

**U.S. Patent No. 10,783,899**

1(a) "determining, dynamically, a speech detection result indicating a likelihood of a presence of the foreground speech components in the audio signal; and"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| *Id.* | A user query for Amazon Echo is typically phrased as: "Alexa, what is the time?", where the first word *Alexa* is called the *wake-word* (WW) (to get the device's attention), and the remaining part of the utterance is termed as the *voice command*. One of the primary challenges for Echo devices to scale to millions of households was to cope up with the unknown acoustical conditions in users homes, which include varying levels of acoustic echo, noise and reverberation; the acoustic interference in the room can significantly impair the spoken utterance. While significant progress has recently been made in the ASR and WW recognition performance by using deep neural networks (DNNs) in acoustic modeling (AM) [1–3], their performance can be further improved with a well-designed AFE [4–6]. Echo devices use a highly specialized multi-channel (or multi-microphone) AFE, which significantly improves the ASR and WW performance under a variety of acoustic conditions. Note that for the rest of the paper we will use the term *smart-speaker* instead of Amazon Echo to avoid confusion with the term 'acoustic echo'. |

-13-

**U.S. Patent No. 10,783,899**

1(a) "determining, dynamically, a speech detection result indicating a likelihood of a presence of the foreground speech components in the audio signal; and"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | **4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>*Id.* |

**U.S. Patent No. 10,783,899**

1(a) "determining, dynamically, a speech detection result indicating a likelihood of a presence of the foreground speech components in the audio signal; and"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| |  Fig. 3. Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543. |

-15-

**U.S. Patent No. 10,783,899**

1(a) "determining, dynamically, a speech detection result indicating a likelihood of a presence of the foreground speech components in the audio signal; and"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | **4.4. Post-Filtering**<br><br>The output of the 'Spatial Processing & MCAEC' module may contain residual echo and noise. This usually happens because of loudspeaker nonlinearities or because the noise and speech sources are positioned close to each other. In this case, post filtering algorithms may be used to apply time-frequency processing to discriminate between desired speech and interference. In the past, the post-filtering algorithms have been designed by framing the problem as multi-channel Wiener filter [4, 8]; however, in the context of AFE, the post-filter should jointly consider both residual echo and ambient noise as interference. The parameters of the post-filter are optimized over large corpus of noisy speech signal, and a well-designed post-filter that works in tandem with the upstream algorithms can further improve the AFE performance.<br><br>*Id.* |

**U.S. Patent No. 10,783,899**

1(a) "determining, dynamically, a speech detection result indicating a likelihood of a presence of the foreground speech components in the audio signal; and"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | **4.1. Noise reduction performance**<br><br>Figure 4 shows the input waveform (top) of noisy speech captured in vacuum noise environment and the output waveform (bottom) processed by the proposed SBNR layer. Obviously, the proposed SBNR layer reduces noise about 19.3 dB. Figure 5 shows the corresponding spectrograms.<br><br><br><br>Figure 4 Waveforms of "before" (top) and "after" (bottom) SBNR Processing<br><br><br><br>Figure 5 Spectrograms of Figure 4<br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

**U.S. Patent No. 10,783,899**

1(a) "determining, dynamically, a speech detection result indicating a likelihood of a presence of the foreground speech components in the audio signal; and"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | **4.2. Echo suppression performance**<br><br>Figure 6 shows the waveform of SBRES=off (top) and the waveform of SBRES=on (bottom). It can be seen that the proposed SBRES layer reduces echo about 11.64 dB. Figure 7 shows the waveform of NLEC=off (top) and the waveform of NLEC=on (bottom), which shows that echo has been reduced by the proposed NLEC layer about 35 dB.<br><br><br><br>Figure 6 Waveforms of "SBRES=off" (top) and "SBRES=on" (bottom)<br><br><br><br>Figure 7 Waveforms of "NLEC=off" (top) and "NLEC=on" (bottom) |
| *Id.* | |

**U.S. Patent No. 10,783,899**

1(a) "determining, dynamically, a speech detection result indicating a likelihood of a presence of the foreground speech components in the audio signal; and"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | engine. Figure 9 shows the relative word-error-rate (WER) improvement of SBNR layer for male (top plot) and female (bottom plot) voice, where averaging over 12 types of noises is performed. There are 6,000 utterances for each types of noises. Figure 10 shows the WER reductions of SBRES and SBNR layers with 19*1486 = 28,234 words. Figure 11 shows the relative WER improvements of NLEC layer. There are 10,000 wake-words for each playback volume.<br><br>*Id.* |

**U.S. Patent No. 10,783,899**

1(b) "computing, dynamically, spectral weighting coefficients based on the speech detection result determined and applying the spectral weighting coefficients computed to the audio signal to suppress the background noise in a dynamic manner., "

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| computing, dynamically, spectral weighting coefficients based on the speech detection result determined and applying the spectral weighting coefficients computed to the audio signal to suppress the background noise in a dynamic manner. | Amazon Smart Devices are configured to compute, dynamically, spectral weighting coefficients based on the speech detection result determined and applying the spectral weighting coefficients computed to the audio signal to suppress the background noise in a dynamic manner.<br><br>**4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>*Id.* |

**U.S. Patent No. 10,783,899**

1(b) "computing, dynamically, spectral weighting coefficients based on the speech detection result determined and applying the spectral weighting coefficients computed to the audio signal to suppress the background noise in a dynamic manner., "

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| *Id.* at p. 1543. | <br><br>**Fig. 3**. Block diagram for the AFE architecture. |

**U.S. Patent No. 10,783,899**

1(b) "computing, dynamically, spectral weighting coefficients based on the speech detection result determined and applying the spectral weighting coefficients computed to the audio signal to suppress the background noise in a dynamic manner., "

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | **4.4. Post-Filtering**<br><br>The output of the 'Spatial Processing & MCAEC' module may contain residual echo and noise. This usually happens because of loudspeaker nonlinearities or because the noise and speech sources are positioned close to each other. In this case, post filtering algorithms may be used to apply time-frequency processing to discriminate between desired speech and interference. In the past, the post-filtering algorithms have been designed by framing the problem as multi-channel Wiener filter [4, 8]; however, in the context of AFE, the post-filter should jointly consider both residual echo and ambient noise as interference. The parameters of the post-filter are optimized over large corpus of noisy speech signal, and a well-designed post-filter that works in tandem with the upstream algorithms can further improve the AFE performance.<br><br>*Id.*<br><br><br>For example, Amazon Smart Devices includes a multilayer processing system that includes dedicated modules for speaker echo and noise cancellation such as Sub-Band Residual Echo Suppression (SBRES), Sub-Band Noise Reduction (SBNR) and adaptation-based Nonlinear Echo Cancellation (NLEC) modules that perform noise suppression of an audio signal input to microphone. |

-22-

**U.S. Patent No. 10,783,899**

1(b) "computing, dynamically, spectral weighting coefficients based on the speech detection result determined and applying the spectral weighting coefficients computed to the audio signal to suppress the background noise in a dynamic manner., "

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| *Id.* | <br><br>*The Proposed Multilayer Process*<br><br>YANG, JUN<br><br><br>In our subjective and objective testing on smart speakers powered by Alexa, this multilayer signal processing system demonstrated that it can deliver significant performance improvements in word-error-rate (WER), echo and noise reduction. Specifically, the relative WER improvements of SBNR, SBRES, and NLEC layers were about 22%, 14%, and 17%, respectively. The echo and noise reduction improvements totaled about 40 decibels and 19 decibels, respectively. Moreover, the additional processing power required for this multilayer system is minimal, making it a viable option for smart speaker voice enhancement. In fact, for about a year now, we have utilized this multilayer noise and echo reduction approach with several Amazon Echo devices that have shipped to customers. |

**U.S. Patent No. 10,783,899**

1(b) "computing, dynamically, spectral weighting coefficients based on the speech detection result determined and applying the spectral weighting coefficients computed to the audio signal to suppress the background noise in a dynamic manner., "

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | *Id.*  Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. <br><br> The adaptation-based Nonlinear Echo Cancellation (NLEC) module is shown below |

**U.S. Patent No. 10,783,899**

1(b) "computing, dynamically, spectral weighting coefficients based on the speech detection result determined and applying the spectral weighting coefficients computed to the audio signal to suppress the background noise in a dynamic manner., "

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| |  Figure 3 The Proposed Adaptation-Based NLEC Algorithm |
| *Id.* | |
| | Instead of switching between freezing or unfreezing the adaptation in the conventional adaptive filtering algorithm, what this paper proposes is to dynamically adjust the filter weights after the adaptation. As shown in the "Weight Modification" of Figure 3, all the related weights are adjusted according to the three situations, i.e., double talk, near-end talk only, and far-end talk only.    More importantly, the proposed NLEC algorithm introduces a globally optimal FIR filter in addition to an adaptive FIR filter so as to maximize the performance of NLEC as further discussed in next sections. The "Weight Copy" contains a set of various measures that attempt to ascertain the convergence state of the two FIR filters. |
| *Id.* | |

**U.S. Patent No. 10,783,899**

1(b) "computing, dynamically, spectral weighting coefficients based on the speech detection result determined and applying the spectral weighting coefficients computed to the audio signal to suppress the background noise in a dynamic manner., "

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | The normalized least mean square (NLMS) adaptation scheme is used to update the weights $h(n)$ of "Adaptive FIR" filter and is implemented as follows.<br><br>$$h(n+1) = h(n) + \frac{\mu e(n)v(n)}{v^T(n)v(n)} \qquad (9)$$<br><br>where $e(n)$ is the output of the "Adder", i.e., error signal. What $v(n)$ denotes is the delayed "AEC In" signal, i.e., the reference signal with $v^T(n)$ denoting its transpose. The step size of the adaptation is denoted by $\mu$, whose value is between 0 and 1.<br><br>Instead of switching between freezing or unfreezing the adaptation in the conventional adaptive filtering algorithm, what this paper proposes is to dynamically adjust the filter weights after the adaptation. As shown in the "Weight Modification" of Figure 3, all the related weights are adjusted according to the three situations, i.e., double talk, near-end talk only, and far-end talk only.<br><br>More importantly, the proposed NLEC algorithm introduces a globally optimal FIR filter in addition to an adaptive FIR filter so as to maximize the performance of NLEC as further discussed in next sections. The "Weight Copy" contains a set of various measures that attempt to ascertain the convergence state of the two FIR filters.<br><br>Source: SBRES_SBNR_NLEC_ICASSP2018 |