# EXHIBIT 8

# U.S. Patent No. 11,087,750

## Methods and Apparatus for Detecting a Voice Commands

## Infringement Claim Chart

## Amazon Smart Devices

U.S. Patent No. 11,087,750
Claim 1(Pre): "A device configured to operate in a lower power mode and a higher power mode, the device comprising:"

| Claim 1(Pre) | Amazon Smart Devices |
|---|---|
| A device configured to operate in a lower power mode and a higher power mode, the device comprising | Amazon Smart Devices are configured to operate in a lower power mode and a higher power mode.<br><br>For example, Amazon Smart Devices such as the Amazon Echo Studio and Dot Max, as well as the Amazon Echo Show include Amazon processors that are configured to operate in a lower power mode and a higher power mode.  In particular, for example, Amazon uses the AZ3 and AZ3 Pro in Amazon Echo and Echo Show devices to handle processing for Alexa, which upon information and belief, allows the Amazon Smart Devices to operate in a lower power mode.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

- 2 -

U.S. Patent No. 11,087,750
Claim 1(Pre): "A device configured to operate in a lower power mode and a higher power mode, the device comprising:"

| Claim 1(Pre) | Amazon Smart Devices |
|---|---|
| | **Compare Echo devices** |

| DEVICE | Echo Studio | Echo Dot Max | Echo Dot (5th Gen) |
|---|---|---|---|
| PRICE | $219.99 | $99.99 | $49.99 |
| RATINGS | 4.0 ★★★★☆ (773) | 4.4 ★★★★½ (3,034) | 4.7 ★★★★½ (191,305) |
| BEST FOR | Large communal spaces | Living rooms, communal spaces | Bedrooms and small spaces |
| RELEASE YEAR | 2025 | 2025 | 2022 |
| WORKS WITH ALEXA+ | ✓ | ✓ | ✓ |
| AUDIO PLAYBACK EXPERIENCE | Immersive sound with Amazon Spatial Audio and Dolby Atmos | Room-filling, rich sound | Vibrant Sound |
| SPEAKERS | 1x 3.75" high excursion woofer, 3x full-range drivers | 1x 0.8" tweeter, 1x 2.5" woofer | 1.73" front-firing speaker |
| AUDIO TECHNOLOGY | Distortion reduction, Lossless High Definition, Automatic Room Adaptation, Amazon Spatial Audio, Dolby Atmos | Lossless High Definition, Automatic Room Adaptation | None |
| MICROPHONES | 4 microphone array to deliver best-in class Alexa + support | 4 microphone array to deliver best-in class Alexa + support | 3 microphone array |
| PROCESSOR | AZ3 Pro | AZ3 | MediaTek |
| BUILT-IN SMART HOME HUB | ✓ | ✓ | |
| OMNISENSE | ✓ | ✓ | |
| DIMENSIONS | 6.1"W x 5.6"D x 5.8"H | 4.27"W x 4.27"D x 3.9"H | 3.9"W x 3.9"D x 3.5"H |

Amazon Echo Dot Max Webpage, *available at* https://www.amazon.com/dp/B0D6SZKGT4.

*See also, e.g.*, Amazon Echo Show 11 Webpage, *available at* https://www.amazon.com/dp/B0DC91H3JK?th=1.

Similarly, the Amazon Echo Show uses Amazon's AZ2 processor, which upon information and belie operates in a lower power mode and a higher power mode. *See, e.g.*, https://www.amazon.com/dp/B0C5DPSW5Y?th=1.

U.S. Patent No. 11,087,750
Claim 1(Pre): "A device configured to operate in a lower power mode and a higher power mode, the device comprising:"

| Claim 1(Pre) | Amazon Smart Devices |
|---|---|
| | A successful keyword spotting system is expected to have both high accuracy and low latency. Latency is a key issue for customer experience, since a system that lags behind user speech feels sluggish. However, most of existing work only focuses on the accuracy. Among the few works that explore latency, most of them [2, 6, 10, 11, 12] study computational latency, i.e., inference time, rather than observational latency, which is caused when the keyword spotting system must wait for certain acoustic signals that clearly indicate the existence of the keyword. In [13], authors propose a two-stage progressive voice trigger detection system. The first-stage is an always-on low-power detector, and the second-stage is a larger verification model that re-scores the keyword segment marked by the first-stage. However, additional device resources are needed to run inference of the second-stage. In addition, more sophisticated training are needed, since these are two separate models to train, and the second-stage model training depends on segmentation results from the first-stage.<br><br>Unified Speculation, Detection, and Verification Keyword Spotting, *available at* https://assets.amazon.science/1c/5a/b66b809645cbb2df174020fba966/unified-speculation-detection-and-verification-keyword-spotting.pdf<br><br>Wakeword detection, also known as keyword spotting (KWS), detects words or phrases of interest from streaming audio and plays a vital role in voice assistants [1,2]. KWS models are based on neural network architectures and are processed on device. A challenge for KWS systems is to attain high accuracy under tight resource constraints such as model size, runtime memory footprint, and power consumption. To address some of the constraints, previous work has<br><br>Sub 8-Bit Quantization of Streaming Keyword Spotting Models for Embedded Chipsets, *available at* https://assets.amazon.science/b1/28/db42b8d94bfcab75035b76ec6fec/sub-8-bit-quantization-of-streaming-keyword-spotting-models-for-embedded-chipsets.pdf |

U.S. Patent No. 11,087,750

Claim 1(a): "at least one processor configured to perform at least one processing stage on an acoustic input received from an environment of the device while the device is operating in the lower power mode, performing the at least one processing stage comprising:"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| at least one processor configured to perform at least one processing stage on an acoustic input received from an environment of the device while the device is operating in the lower power mode, performing the at least one processing stage comprising | Amazon Smart Devices include at least one processor configured to perform at least one processing stage on an acoustic input received from an environment of the device while the device is operating in the lower power mode, performing the at least one processing stage comprising. For example, Amazon Smart Devices such as the Amazon Echo (*e.g.*, Studio, Dot Max) and the Amazon Echo Show, include Amazon AZ3 or AZ2 processors that are configured to perform at least one processing stage on acoustic input (*e.g.* wake word) while the device is operating in a lower power mode. **Custom silicon to power faster, more personalized, more proactive interactions** At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers. Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

- 5 -

U.S. Patent No. 11,087,750

Claim 1(a): "at least one processor configured to perform at least one processing stage on an acoustic input received from an environment of the device while the device is operating in the lower power mode, performing the at least one processing stage comprising:"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | **Compare Echo devices** |

| DEVICE | Echo Studio | Echo Dot Max | Echo Dot (5th Gen) |
|---|---|---|---|
| PRICE | $219.99 | $99.99 | $49.99 |
| RATINGS | 4.0 ★★★★☆ (773) | 4.4 ★★★★⯪ (3,034) | 4.7 ★★★★⯪ (191,305) |
| BEST FOR | Large communal spaces | Living rooms, communal spaces | Bedrooms and small spaces |
| RELEASE YEAR | 2025 | 2025 | 2022 |
| WORKS WITH ALEXA+ | ✓ | ✓ | ✓ |
| AUDIO PLAYBACK EXPERIENCE | Immersive sound with Amazon Spatial Audio and Dolby Atmos | Room-filling, rich sound | Vibrant Sound |
| SPEAKERS | 1x 3.75" high excursion woofer, 3x full-range drivers | 1x 0.8" tweeter, 1x 2.5" woofer | 1.73" front-firing speaker |
| AUDIO TECHNOLOGY | Distortion reduction, Lossless High Definition, Automatic Room Adaptation, Amazon Spatial Audio, Dolby Atmos | Lossless High Definition, Automatic Room Adaptation | None |
| MICROPHONES | 4 microphone array to deliver best-in class Alexa + support | 4 microphone array to deliver best-in class Alexa + support | 3 microphone array |
| PROCESSOR | AZ3 Pro | AZ3 | MediaTek |
| BUILT-IN SMART HOME HUB | ✓ | ✓ | |
| OMNISENSE | ✓ | ✓ | |
| DIMENSIONS | 6.1"W x 5.6"D x 5.8"H | 4.27"W x 4.27"D x 3.9"H | 3.9"W x 3.9"D x 3.5"H |

Amazon Echo Dot Max Webpage, *available at* https://www.amazon.com/dp/B0D6SZKGT4.

*See also, e.g.*, Amazon Echo Show 11 Webpage, *available at* https://www.amazon.com/dp/B0DC91H3JK?th=1.

Similarly, the Amazon Echo Show uses Amazon's AZ2 processor, which upon information and belie operates in a lower power mode and a higher power mode. *See, e.g.*, https://www.amazon.com/dp/B0C5DPSW5Y?th=1.

U.S. Patent No. 11,087,750

Claim 1(a): "at least one processor configured to perform at least one processing stage on an acoustic input received from an environment of the device while the device is operating in the lower power mode, performing the at least one processing stage comprising:"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way.<br><br>**The wake word**<br><br>Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests.<br><br>When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request.<br><br>**Keyword spotting**<br><br>Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request.<br><br>**Cloud verification and encryption**<br><br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>**Automatic Speech Recognition (ASR)**<br><br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:<br><br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"*<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011; *see also* https://www.amazon.com/b/?node=23608618011. |

- 7 -

U.S. Patent No. 11,087,750

Claim 1(a): "at least one processor configured to perform at least one processing stage on an acoustic input received from an environment of the device while the device is operating in the lower power mode, performing the at least one processing stage comprising:"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | A successful keyword spotting system is expected to have both high accuracy and low latency.  Latency is a key issue for customer experience, since a system that lags behind user speech feels sluggish.  However, most of existing work only focuses on the accuracy. Among the few works that explore latency, most of them [2, 6, 10, 11, 12] study computational latency, i.e., inference time, rather than observational latency, which is caused when the keyword spotting system must wait for certain acoustic signals that clearly indicate the existence of the keyword.  In [13], authors propose a two-stage progressive voice trigger detection system.  The first-stage is an always-on low-power detector, and the second-stage is a larger verification model that re-scores the keyword segment marked by the first-stage. However, additional device resources are needed to run inference of the second-stage.  In addition, more sophisticated training are needed, since these are two separate models to train, and the second-stage model training depends on segmentation results from the first-stage.

Unified Speculation, Detection, and Verification Keyword Spotting, *available at* https://assets.amazon.science/1c/5a/b66b809645cbb2df174020fba966/unified-speculation-detection-and-verification-keyword-spotting.pdf


Wakeword detection, also known as keyword spotting (KWS), detects words or phrases of interest from streaming audio and plays a vital role in voice assistants [1,2]. KWS models are based on neural network architectures and are processed on device. A challenge for KWS systems is to attain high accuracy under tight resource constraints such as model size, runtime memory footprint, and power consumption. To address some of the constraints, previous work has

Sub 8-Bit Quantization of Streaming Keyword Spotting Models for Embedded Chipsets, *available at* https://assets.amazon.science/b1/28/db42b8d94bfcab75035b76ec6fec/sub-8-bit-quantization-of-streaming-keyword-spotting-models-for-embedded-chipsets.pdf |

- 8 -

U.S. Patent No. 11,087,750

Claim 1(b): "determining in the lower power mode whether the acoustic input includes a specific word or phrase that, when spoken, indicates that a voice interface of the device is to be engaged for provision of subsequent input, wherein the determining comprises:"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| determining in the lower power mode whether the acoustic input includes a specific word or phrase that, when spoken, indicates that a voice interface of the device is to be engaged for provision of subsequent input, wherein the determining comprises: | The processor in the Amazon Smart Devices is configured to determine in the lower power mode whether the acoustic input includes a specific word or phrase that, when spoken, indicates that a voice interface of the device is to be engaged for provision of subsequent input.<br><br>For example, the Amazon Echo products determines in a lower power mode whether a wake word (*e.g.*, Alexa) is spoken. |

- 9 -

U.S. Patent No. 11,087,750

Claim 1(b): "determining in the lower power mode whether the acoustic input includes a specific word or phrase that, when spoken, indicates that a voice interface of the device is to be engaged for provision of subsequent input, wherein the determining comprises:"

| Claim 1(b) | Amazon Smart Devices |
| --- | --- |
|  | You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way.<br><br>**The wake word**<br><br>Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests.<br><br>When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request.<br><br>**Keyword spotting**<br><br>Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request.<br><br>**Cloud verification and encryption**<br><br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>**Automatic Speech Recognition (ASR)**<br><br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (**"Alexa, what's the weather in sydney?"**), transcriptions could include one or several of the following:<br><br>• **"What's the weather like in Sydney?"**<br>• **"watt is the weather in Sydney."**<br>• **"What is the if in Sydney?"**<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011; *see also* https://www.amazon.com/b/?node=23608618011. |

U.S. Patent No. 11,087,750

Claim 1(b): "determining in the lower power mode whether the acoustic input includes a specific word or phrase that, when spoken, indicates that a voice interface of the device is to be engaged for provision of subsequent input, wherein the determining comprises:"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | A successful keyword spotting system is expected to have both high accuracy and low latency. Latency is a key issue for customer experience, since a system that lags behind user speech feels sluggish. However, most of existing work only focuses on the accuracy. Among the few works that explore latency, most of them [2, 6, 10, 11, 12] study computational latency, i.e., inference time, rather than observational latency, which is caused when the keyword spotting system must wait for certain acoustic signals that clearly indicate the existence of the keyword. In [13], authors propose a two-stage progressive voice trigger detection system. The first-stage is an always-on low-power detector, and the second-stage is a larger verification model that re-scores the keyword segment marked by the first-stage. However, additional device resources are needed to run inference of the second-stage. In addition, more sophisticated training are needed, since these are two separate models to train, and the second-stage model training depends on segmentation results from the first-stage.<br><br>Unified Speculation, Detection, and Verification Keyword Spotting, *available at* https://assets.amazon.science/1c/5a/b66b809645cbb2df174020fba966/unified-speculation-detection-and-verification-keyword-spotting.pdf<br><br>Wakeword detection, also known as keyword spotting (KWS), detects words or phrases of interest from streaming audio and plays a vital role in voice assistants [1,2]. KWS models are based on neural network architectures and are processed on device. A challenge for KWS systems is to attain high accuracy under tight resource constraints such as model size, runtime memory footprint, and power consumption. To address some of the constraints, previous work has<br><br>Sub 8-Bit Quantization of Streaming Keyword Spotting Models for Embedded Chipsets, *available at* https://assets.amazon.science/b1/28/db42b8d94bfcab75035b76ec6fec/sub-8-bit-quantization-of-streaming-keyword-spotting-models-for-embedded-chipsets.pdf |

- 11 -

U.S. Patent No 11,087,750

Claim 1(b)(i): "performing automatic speech recognition (ASR), while in the lower power mode, to recognize at least one word or phrase in the acoustic input;"

| Claim 1(b)(i) | Amazon Smart Devices |
|---|---|
| performing automatic speech recognition (ASR), while in the lower power mode, to recognize at least one word or phrase in the acoustic input | The processor in the Amazon Smart Devices is configured to perform automatic speech recognition (ASR), while in the lower power mode, to recognize at least one word or phrase in the acoustic input/<br><br>For example, the Amazon Echo products perform ASR while in a lower power mode to recognize words and/or phrases in the acoustic input. |

U.S. Patent No 11,087,750

Claim 1(b)(i): "performing automatic speech recognition (ASR), while in the lower power mode, to recognize at least one word or phrase in the acoustic input;"

| Claim 1(b)(i) | Amazon Smart Devices |
|---|---|
| | You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way. |

### The wake word

Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests.

When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request.

### Keyword spotting

Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request.

### Cloud verification and encryption

When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.

### Automatic Speech Recognition (ASR)

After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:

- *"What's the weather like in Sydney?"*
- *"watt is the weather in Sydney."*
- *"What is the if in Sydney?"*

Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011; *see also* https://www.amazon.com/b/?node=23608618011.

- 13 -

U.S. Patent No 11,087,750

Claim 1(b)(i): "performing automatic speech recognition (ASR), while in the lower power mode, to recognize at least one word or phrase in the acoustic input;"

| Claim 1(b)(i) | Amazon Smart Devices |
|---|---|
| | A successful keyword spotting system is expected to have both high accuracy and low latency. Latency is a key issue for customer experience, since a system that lags behind user speech feels sluggish. However, most of existing work only focuses on the accuracy. Among the few works that explore latency, most of them [2, 6, 10, 11, 12] study computational latency, i.e., inference time, rather than observational latency, which is caused when the keyword spotting system must wait for certain acoustic signals that clearly indicate the existence of the keyword. In [13], authors propose a two-stage progressive voice trigger detection system. The first-stage is an always-on low-power detector, and the second-stage is a larger verification model that re-scores the keyword segment marked by the first-stage. However, additional device resources are needed to run inference of the second-stage. In addition, more sophisticated training are needed, since these are two separate models to train, and the second-stage model training depends on segmentation results from the first-stage.<br><br>Unified Speculation, Detection, and Verification Keyword Spotting, *available at* https://assets.amazon.science/1c/5a/b66b809645cbb2df174020fba966/unified-speculation-detection-and-verification-keyword-spotting.pdf<br><br>Wakeword detection, also known as keyword spotting (KWS), detects words or phrases of interest from streaming audio and plays a vital role in voice assistants [1,2]. KWS models are based on neural network architectures and are processed on device. A challenge for KWS systems is to attain high accuracy under tight resource constraints such as model size, runtime memory footprint, and power consumption. To address some of the constraints, previous work has<br><br>Sub 8-Bit Quantization of Streaming Keyword Spotting Models for Embedded Chipsets, *available at* https://assets.amazon.science/b1/28/db42b8d94bfcab75035b76ec6fec/sub-8-bit-quantization-of-streaming-keyword-spotting-models-for-embedded-chipsets.pdf |

U.S. Patent No. 11,087,750

Claim 1(b)(ii): "determining, while in the lower power mode, whether the recognized at least one word or phrase matches the specific word or phrase"

| Claim 1(b)(ii) | Amazon Smart Devices |
|---|---|
| determining, while in the lower power mode, whether the recognized at least one word or phrase matches the specific word or phrase | The processor in the Amazon Smart Devices determine, while in the lower power mode, whether the recognized at least one word or phrase matches the specific word or phrase.<br><br>For example, Amazon Smart Devices products determine while in lower power mode whether the recognized word and/or phrase includes wake word (*e.g.*, Alexa).<br><br>**Echo device runs "keyword spotting" to detect your chosen wake word (e.g. "Alexa")**<br><br>Device **detects** wake word, blue light indicator appears to show that Alexa is listening to and processing your request<br><br>Wake word is not detected so Alexa is not listening<br><br>https://www.amazon.com/b/?node=23608618011 |

U.S. Patent No. 11,087,750

Claim 1(b)(ii): "determining, while in the lower power mode, whether the recognized at least one word or phrase matches the specific word or phrase"

| Claim 1(b)(ii) | Amazon Smart Devices |
|---|---|
| | **Keyword spotting**<br><br>Echo devices use built-in technology called "keyword spotting" that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, faucets running, birds chirping) passes through the device until the wake word is "caught" and sent to Amazon's secure cloud, where meaning is assigned to your request. You can choose to opt-in to features like Alexa Emergency Assist that allow your device to detect more than your chosen wake word—for example, the sound of smoke alarms—but you would need to update your settings to do so.<br><br>*Id.* |

- 16 -

U.S. Patent No. 11,087,750

Claim 1(b)(ii): "determining, while in the lower power mode, whether the recognized at least one word or phrase matches the specific word or phrase"

| Claim 1(b)(ii) | Amazon Smart Devices |
|---|---|
| | You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way.<br><br>**The wake word**<br>Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests.<br><br>When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request.<br><br>**Keyword spotting**<br>Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request.<br><br>**Cloud verification and encryption**<br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>**Automatic Speech Recognition (ASR)**<br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:<br><br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"*<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011; *see also* https://www.amazon.com/b/?node=23608618011. |

U.S. Patent No. 11,087,750

Claim 1(b)(ii): "determining, while in the lower power mode, whether the recognized at least one word or phrase matches the specific word or phrase"

| Claim 1(b)(ii) | Amazon Smart Devices |
|---|---|
| | A successful keyword spotting system is expected to have both high accuracy and low latency. Latency is a key issue for customer experience, since a system that lags behind user speech feels sluggish. However, most of existing work only focuses on the accuracy. Among the few works that explore latency, most of them [2, 6, 10, 11, 12] study computational latency, i.e., inference time, rather than observational latency, which is caused when the keyword spotting system must wait for certain acoustic signals that clearly indicate the existence of the keyword. In [13], authors propose a two-stage progressive voice trigger detection system. The first-stage is an always-on low-power detector, and the second-stage is a larger verification model that re-scores the keyword segment marked by the first-stage. However, additional device resources are needed to run inference of the second-stage. In addition, more sophisticated training are needed, since these are two separate models to train, and the second-stage model training depends on segmentation results from the first-stage. Unified Speculation, Detection, and Verification Keyword Spotting, *available at* https://assets.amazon.science/1c/5a/b66b809645cbb2df174020fba966/unified-speculation-detection-and-verification-keyword-spotting.pdf<br><br>Wakeword detection, also known as keyword spotting (KWS), detects words or phrases of interest from streaming audio and plays a vital role in voice assistants [1,2]. KWS models are based on neural network architectures and are processed on device. A challenge for KWS systems is to attain high accuracy under tight resource constraints such as model size, runtime memory footprint, and power consumption. To address some of the constraints, previous work has Sub 8-Bit Quantization of Streaming Keyword Spotting Models for Embedded Chipsets, *available at* https://assets.amazon.science/b1/28/db42b8d94bfcab75035b76ec6fec/sub-8-bit-quantization-of-streaming-keyword-spotting-models-for-embedded-chipsets.pdf |

U.S. Patent No. 11,087,750

Claim 1(b)(ii): "determining, while in the lower power mode, whether the recognized at least one word or phrase matches the specific word or phrase"

| Claim 1(b)(ii) | Amazon Smart Devices |
|---|---|
| | At Amazon, we always look to invent new technology for improving customer experience. One technology we have been working on at Alexa is on-device speech processing, which has multiple benefits: a reduction in latency, or the time it takes Alexa to respond to queries; lowered bandwidth consumption, which is important on portable devices; and increased availability in in-car units and other applications where Internet connectivity is intermittent. On-device processing also enables the fusion of the speech signal with other modalities, like vision, for features such as Alexa's natural turn-taking.<br><br>On-Device Speech Processing Makes Alexa Faster, Lower Bandwidth, *available at* https://www.amazon.science/blog/on-device-speech-processing-makes-alexa-faster-lower-bandwidth<br><br>Re-creating Alexa's speech-processing stack on-device was a massive undertaking. New methods for training small-footprint ASR models were part of the solution, but so were innovations in system design and hardware-software codesign. It was a joint effort across science and engineering teams over a span of years. Here's a quick overview of how it works.<br>*Id.*<br><br>Quantization and sparsification make no difference to performance if the underlying hardware can't take advantage of them. Another key to getting ASR to run on-device was the design of Amazon's AZ family of neural edge processors, which are optimized for our specific approach to compression.<br>*Id.* |

U.S. Patent No. 11,087,750

Claim 1(c): "in response to determining that the acoustic input includes the specific word or phrase, requesting, via a network while in the lower power mode, that at least one server perform … determine whether the acoustic input includes at least one voice command;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| in response to determining that the acoustic input includes the specific word or phrase, requesting, via a network while in the lower power mode, that at least one server perform recognition on at least a portion of the acoustic input to determine whether the acoustic input includes at least one voice command | The processors in the Amazon Smart Devices are configured to in response to determining that the acoustic input includes the specific word or phrase, requesting, via a network while in the lower power mode, that at least one server perform recognition on at least a portion of the acoustic input to determine whether the acoustic input includes at least one voice command.<br><br>For example, after keyword spotting to detect wake word, the Amazon Smart Devices send the voice commands to Amazon's secure cloud to perform recognition of the command. |

U.S. Patent No. 11,087,750

Claim 1(c): "in response to determining that the acoustic input includes the specific word or phrase, requesting, via a network while in the lower power mode, that at least one server perform … determine whether the acoustic input includes at least one voice command;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| |  https://www.amazon.com/b/?node=23608618011 |

U.S. Patent No. 11,087,750

Claim 1(c): "in response to determining that the acoustic input includes the specific word or phrase, requesting, via a network while in the lower power mode, that at least one server perform … determine whether the acoustic input includes at least one voice command;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | **Cloud verification and encryption**<br><br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalyzed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>*Id.*<br><br>**Automatic Speech Recognition (ASR)**<br><br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request ("Alexa, what's the weather in Seattle?"), transcriptions could include one or several of the following:<br><br>"what is the weather in seattle" "watt is the weather in seattle" "what is the whether in seattle"<br><br>*Id.* |

U.S. Patent No. 11,087,750

Claim 1(c): "in response to determining that the acoustic input includes the specific word or phrase, requesting, via a network while in the lower power mode, that at least one server perform … determine whether the acoustic input includes at least one voice command;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way.<br><br>**The wake word**<br>Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests.<br><br>When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request.<br><br>**Keyword spotting**<br>Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request.<br><br>**Cloud verification and encryption**<br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>**Automatic Speech Recognition (ASR)**<br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:<br><br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"*<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011. |

- 23 -

U.S. Patent No. 11,087,750

Claim 1(c): "in response to determining that the acoustic input includes the specific word or phrase, requesting, via a network while in the lower power mode, that at least one server perform … determine whether the acoustic input includes at least one voice command;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | Further, for example, the Amazon Smart Devices include processors that allow the Amazon Smart Devices to, upon information and belief, operate in a lower power mode.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

U.S. Patent No. 11,087,750

Claim 1(c): "in response to determining that the acoustic input includes the specific word or phrase, requesting, via a network while in the lower power mode, that at least one server perform … determine whether the acoustic input includes at least one voice command;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | **Compare Echo devices** |

| DEVICE | Echo Studio | Echo Dot Max | Echo Dot (5th Gen) |
|---|---|---|---|
| PRICE | $219.99 | $99.99 | $49.99 |
| RATINGS | 4.0 ★★★★☆ (773) | 4.4 ★★★★½ (3,034) | 4.7 ★★★★½ (191,305) |
| BEST FOR | Large communal spaces | Living rooms, communal spaces | Bedrooms and small spaces |
| RELEASE YEAR | 2025 | 2025 | 2022 |
| WORKS WITH ALEXA+ | ✔ | ✔ | ✔ |
| AUDIO PLAYBACK EXPERIENCE | Immersive sound with Amazon Spatial Audio and Dolby Atmos | Room-filling, rich sound | Vibrant Sound |
| SPEAKERS | 1x 3.75" high excursion woofer, 3x full-range drivers | 1x 0.8" tweeter, 1x 2.5" woofer | 1.73" front-firing speaker |
| AUDIO TECHNOLOGY | Distortion reduction, Lossless High Definition, Automatic Room Adaptation, Amazon Spatial Audio, Dolby Atmos | Lossless High Definition, Automatic Room Adaptation | None |
| MICROPHONES | 4 microphone array to deliver best-in class Alexa + support | 4 microphone array to deliver best-in class Alexa + support | 3 microphone array |
| PROCESSOR | AZ3 Pro | AZ3 | MediaTek |
| BUILT-IN SMART HOME HUB | ✔ | ✔ | |
| OMNISENSE | ✔ | ✔ | |
| DIMENSIONS | 6.1"W x 5.6"D x 5.8"H | 4.27"W x 4.27"D x 3.9"H | 3.9"W x 3.9"D x 3.5"H |

Amazon Echo Dot Max Webpage, *available at* https://www.amazon.com/dp/B0D6SZKGT4.

*See also, e.g.*, Amazon Echo Show 11 Webpage, *available at* https://www.amazon.com/dp/B0DC91H3JK?th=1.

Similarly, the Amazon Echo Show uses Amazon's AZ2 processor, which upon information and belie operates in a lower power mode and a higher power mode. *See, e.g.*, https://www.amazon.com/dp/B0C5DPSW5Y?th=1.

- 25 -

U.S. Patent No. 11,087,750

Claim 1(d): "in response to receiving an indication from the at least one server that the acoustic input includes at least one voice command, selecting whether to remain in the lower power mode or to transition to a higher power mode; and;"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| in response to receiving an indication from the at least one server that the acoustic input includes at least one voice command, selecting whether to remain in the lower power mode or to transition to a higher power mode; and | The processors in the Amazon Smart Devices are configured to in response to receiving an indication from the at least one server that the acoustic input includes at least one voice command, selecting whether to remain in the lower power mode or to transition to a higher power mode.<br><br>For example, Amazon Smart Devices will transition to a higher power mode when receiving an indication from the at least one server that the acoustic input includes at least one voice command. In particular, for example, and upon information and belief, the Amazon Smart Devices will transition to a higher power mode when receiving a voice command to, for example, play music or video. |

U.S. Patent No. 11,087,750

Claim 1(d): "in response to receiving an indication from the at least one server that the acoustic input includes at least one voice command, selecting whether to remain in the lower power mode or to transition to a higher power mode; and;"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way.<br><br>**The wake word**<br><br>Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests.<br><br>When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request.<br><br>**Keyword spotting**<br><br>Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request.<br><br>**Cloud verification and encryption**<br><br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>**Automatic Speech Recognition (ASR)**<br><br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:<br><br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"*<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011. |

U.S. Patent No. 11,087,750

Claim 1(d): "in response to receiving an indication from the at least one server that the acoustic input includes at least one voice command, selecting whether to remain in the lower power mode or to transition to a higher power mode; and;"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | **Natural Language Understanding**<br><br>After ASR comes Natural Language Understanding (NLU). NLU assigns meaning to the transcription producing an "intent" which is an instruction to the Alexa system to tell it what to respond to. In our example, the intent is identified as "weather" and sent to the designated data source where information is pulled for location (Seattle) and time (today). Intents may also be used to improve the NLU process.<br><br>**Text-to-Speech (TTS)**<br><br>Once the necessary information is gathered, your request uses text-to-speech (TTS) technologies to generate an audio file that becomes Alexa's response. The text from Alexa's response is stored so that you can review past answers at Alexa Privacy Settings or in the Alexa app. These responses may also be reviewed by Amazon to ensure the device is providing the most relevant answers to you, and to make sure the TTS system is translating text to speech to the best of its ability.<br><br>https://www.amazon.com/b/?node=23608618011.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

- 28 -

U.S. Patent No. 11,087,750

Claim 1(e): "responding to the at least one voice command, in either the lower power mode or the higher power mode, depending on the selecting."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| responding to the at least one voice command, in either the lower power mode or the higher power mode, depending on the selecting. | The processor in the Amazon Smart Devices is configured to responding to the at least one voice command, in either the lower power mode or the higher power mode, depending on the selecting.<br><br>For example, the Amazon Smart Devices, can respond to the voice command in a higher power mode to, for example, play music or a video. |

U.S. Patent No. 11,087,750

Claim 1(e): "responding to the at least one voice command, in either the lower power mode or the higher power mode, depending on the selecting."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| | You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way.<br><br>**The wake word**<br><br>Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests.<br><br>When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request.<br><br>**Keyword spotting**<br><br>Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request.<br><br>**Cloud verification and encryption**<br><br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>**Automatic Speech Recognition (ASR)**<br><br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:<br><br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"*<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011. |

- 30 -

U.S. Patent No. 11,087,750

Claim 1(e): "responding to the at least one voice command, in either the lower power mode or the higher power mode, depending on the selecting."

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| | **Natural Language Understanding**<br><br>After ASR comes Natural Language Understanding (NLU). NLU assigns meaning to the transcription producing an "intent" which is an instruction to the Alexa system to tell it what to respond to. In our example, the intent is identified as "weather" and sent to the designated data source where information is pulled for location (Seattle) and time (today). Intents may also be used to improve the NLU process.    **Text-to-Speech (TTS)**<br><br>Once the necessary information is gathered, your request uses text-to-speech (TTS) technologies to generate an audio file that becomes Alexa's response. The text from Alexa's response is stored so that you can review past answers at Alexa Privacy Settings or in the Alexa app. These responses may also be reviewed by Amazon to ensure the device is providing the most relevant answers to you, and to make sure the TTS system is translating text to speech to the best of its ability.<br><br>https://www.amazon.com/b/?node=23608618011.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

- 31 -