# EXHIBIT 10

# U.S. Patent No. 11,798,576

## Methods and Apparatus for Adaptive Gain Control in a Communication System

**Infringement Claim Chart**

**Amazon Smart Devices**

**U.S. Patent No. 11,798,576**

1 "A method, comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| A method, comprising: | Amazon Alexa Devices are configured to perform a method. |

**U.S. Patent No. 11,798,576**

1(a) "for a communication system having microphones and loudspeakers, transforming a signal received by a first one of the microphones to the frequency domain;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| for a communication system having microphones and loudspeakers, transforming a signal received by a first one of the microphones to the frequency domain; | Amazon Smart Devices are configured for a communication system having microphones and loudspeakers, transforming a signal received by a first one of the microphones to the frequency domain.<br><br>Amazon Smart Devices include a communication system with microphones and loudspeakers, which allows the Amazon Smart Devices to interact with Amazon's Alexa.<br><br>A user query for Amazon Echo is typically phrased as: "Alexa, what is the time?", where the first word *Alexa* is called the *wake-word* (WW) (to get the device's attention), and the remaining part of the utterance is termed as the *voice command*. One of the primary challenges for Echo devices to scale to millions of households was to cope up with the unknown acoustical conditions in users homes, which include varying levels of acoustic echo, noise and reverberation; the acoustic interference in the room can significantly impair the spoken utterance. While significant progress has recently been made in the ASR and WW recognition performance by using deep neural networks (DNNs) in acoustic modeling (AM) [1–3], their performance can be further improved with a well-designed AFE [4–6]. Echo devices use a highly specialized multi-channel (or multi-microphone) AFE, which significantly improves the ASR and WW performance under a variety of acoustic conditions. Note that for the rest of the paper we will use the term *smart-speaker* instead of Amazon Echo to avoid confusion with the term 'acoustic echo'.<br><br>Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1543, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 11,798,576**

1(a) "for a communication system having microphones and loudspeakers, transforming a signal received by a first one of the microphones to the frequency domain;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | <br><br>Fig. 2. Block diagram of the overall system.<br><br>*Id.* |

**U.S. Patent No. 11,798,576**

1(a) "for a communication system having microphones and loudspeakers, transforming a signal received by a first one of the microphones to the frequency domain;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
|  | **4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>*Id.* |

**U.S. Patent No. 11,798,576**

1(a) "for a communication system having microphones and loudspeakers, transforming a signal received by a first one of the microphones to the frequency domain;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | Fig. 3. Block diagram for the AFE architecture. <br><br> *Id.* at p. 1543. |

**U.S. Patent No. 11,798,576**

1(a) "for a communication system having microphones and loudspeakers, transforming a signal received by a first one of the microphones to the frequency domain;"

| Claim 1(a) | Amazon Smart Devices |
| --- | --- |
| | Further, for example, Further, for example, Amazon Smart Devices such as the Amazon Echo Dot Max, Amazon Echo Show 15, Amazon Echo Auto, Amazon Fire Max 11, Amazon Fire TV, and Amazon Fire TV Cube, include microphones and speakers.<br><br>In particular, for example, the Amazon Echo Dot Max includes a four microphone array and a speakers.<br><br>**Compare Echo devices**<br><br>_(comparison table below)_<br><br>Amazon Echo Dot Max Webpage, _available at_ https://www.amazon.com/dp/B0D6SZKGT4. |

**Compare Echo devices**

| DEVICE | Echo Studio | Echo Dot Max | Echo Dot (5th Gen) |
| --- | --- | --- | --- |
| PRICE | $219.99 | $99.99 | $49.99 |
| RATINGS | 4.0 ★★★★☆ (773) | 4.4 ★★★★☆ (3,034) | 4.7 ★★★★☆ (191,305) |
| BEST FOR | Large communal spaces | Living rooms, communal spaces | Bedrooms and small spaces |
| RELEASE YEAR | 2025 | 2025 | 2022 |
| WORKS WITH ALEXA+ | ✓ | ✓ | ✓ |
| AUDIO PLAYBACK EXPERIENCE | Immersive sound with Amazon Spatial Audio and Dolby Atmos | Room-filling, rich sound | Vibrant Sound |
| SPEAKERS | 1x 3.75" high excursion woofer, 3x full-range drivers | 1x 0.8" tweeter, 1x 2.5" woofer | 1.73" front-firing speaker |
| AUDIO TECHNOLOGY | Distortion reduction, Lossless High Definition, Automatic Room Adaptation, Amazon Spatial Audio, Dolby Atmos | Lossless High Definition, Automatic Room Adaptation | None |
| MICROPHONES | 4 microphone array to deliver best-in class Alexa + support | 4 microphone array to deliver best-in class Alexa + support | 3 microphone array |
| PROCESSOR | AZ3 Pro | AZ3 | MediaTek |
| BUILT-IN SMART HOME HUB | ✓ | ✓ | |
| OMNISENSE | ✓ | ✓ | |
| DIMENSIONS | 6.1"W x 5.6"D x 5.8"H | 4.27"W x 4.27"D x 3.9"H | 3.9"W x 3.9"D x 3.5"H |

**U.S. Patent No. 11,798,576**

1(a) "for a communication system having microphones and loudspeakers, transforming a signal received by a first one of the microphones to the frequency domain;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | Other Amazon Smart Devices also include microphones and speakers.<br><br>*See also, e.g.*:<br>• Amazon Fire TV Cube Webpage, *available at* https://www.amazon.com/dp/B09BZZ3MM7<br>• Amazon Fire TV Webpage, *available at* https://www.amazon.com/Amazon-Ambient-Experience-dimming-hands-free/dp/B0CJDJWMDV/?th=1<br>• Amazon Fire Tablet Webpage, *available at* https://www.amazon.com/dp/B0B1VQ1ZQY?<br>• Amazon Echo Auto Webpage, *available at* https://www.amazon.com/dp/B09X27YPS1?th=1<br>Amazon Echo Show 15 Webpage, *available at* https://www.amazon.com/dp/B0C5DPSW5Y?<br><br><br>Further, the Amazon Smart Devices transform a signal received by a first one of the microphones to the frequency domain.  For example, the Amazon Smart Devices transform an input microphone signal into frequency bands (or bins). |

**U.S. Patent No. 11,798,576**

1(a) "for a communication system having microphones and loudspeakers, transforming a signal received by a first one of the microphones to the frequency domain;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | Figure 2 The Proposed Scheme for Joint SBRES and SBNR <br><br> Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

**U.S. Patent No. 11,798,576**

1(a) "for a communication system having microphones and loudspeakers, transforming a signal received by a first one of the microphones to the frequency domain;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | In Figure 2, the blocks included in the red box belong to SBNR layer, the blocks included in blue big box belong to SBRES layer. The "Overlap" could be 50% between consecutive frames which is described as follows.<br><br>$$x(m,n) = x(m-1, L+n) \qquad 0 \le n < L \qquad (1)$$<br><br>where $m$ is the current frame, $n$ is the sample index, $L$ is the number of audio samples in a frame, e.g., $L = 128$ samples for the configuration of 8 ms frame length and 16 kHz sampling rate. The $x(m, n)$ for $L \le n < 2L$ are the current audio samples of "AEC Out".<br><br>In Figure 2, the "Windowing" can be implemented by Hamming or Hanning function shown in Eq. (2), or the raised cosine function. Hanning function is as follows.<br><br>$$w(n) = 0.5(1.0 - \cos(2\pi n / N)) \qquad 0 \le n \le N-1 \qquad (2)$$<br><br>where $N$ is the window length in number of audio samples. The $N = 2L$ for 50% overlap. The FFT is implemented by<br><br>$$X(k) = \frac{2}{N} \sum_{n=0}^{N-1} x(m,n)w(n)e^{-j2\pi mk/N} \qquad 0 \le k < N \qquad (3)$$<br><br>The "Power Spectra Density" (PSD) is $|X(k)|^2$ for $0 \le k \le L$, where $k=0$ denotes for DC component, $k = L$ denotes for Nyquist component.<br><br>The two "smoother" blocks have the same processing and are implemented by a finite-impulse-response (FIR) low-pass filter. They are designed to smooth raw PSD and the obtained spectral bin gain over frequency.<br><br>The block "Frequency Bins/Subbands" converts from $(L+1)$ bins to either 30 or 15 non-uniform bands on the basis of the auditory critical bands. |
| | *Id.* |

**U.S. Patent No. 11,798,576**
1(b) "determining a noise level estimate for the transformed signal;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| determining a noise level estimate for the transformed signal; | The Amazon Smart Devices are configured to determine a noise level estimate for the transformed signal.<br><br>**4.  AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1543, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 11,798,576**

1(b) "determining a noise level estimate for the transformed signal;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | <br><br>Fig. 3. Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543. |

-12-

**U.S. Patent No. 11,798,576**

1(b) "determining a noise level estimate for the transformed signal;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | <br><br>Figure 2 The Proposed Scheme for Joint SBRES and SBNR<br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

**U.S. Patent No. 11,798,576**

1(b) "determining a noise level estimate for the transformed signal;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | The block "Frequency Bins/Subbands" converts from *(L+1)* bins to either 30 or 15 non-uniform bands on the basis of the auditory critical bands. |
| | Instead of relying on voice activity detection or speech presence probability, the proposed "Noise Estimation" algorithm stores the band PSD of the selected frame into a noise history window and estimates noise PSD from this PSD window by searching the minimum band PSD for each frequency band over a moving time window. |
| | Without employing traditional parametric spectral subtraction, the proposed "Spectral Gain Calculation" has improved the Ephraim and Malah suppression rule in a global optimal way for both echo and noise in each frequency band. This processing could also output the optional voice activity detection information if needed by other processing parts. |
| | *Id.* |
| | Further, the Amazon Smart Devices separate speech signal and noise signal and as such, determine a noise level estimate for the transformed signal. |
| | In August, we introduced adaptive volume for Alexa, which lets Echo devices adjust their volume according to ambient-noise levels, so that the *perceived* noise level stays consistent for the customer. One of the key elements of the approach is algorithmically separating the speech signal and the noise signal, so that they're separate inputs to the volume adaptation model. |
| | "Ambient intelligence" will accelerate advances in general AI, *available at* https://www.amazon.science/blog/ambient-intelligence-will-accelerate-advancements-in-general-ai. |

-14-

**U.S. Patent No. 11,798,576**

1(b) "determining a noise level estimate for the transformed signal;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | Further, for example, Amazon Smart Devices such as the Amazon Echo Dot Max, Echo Studio, Echo Show 8, and Echo Show 11 include Amazon's AZ3 or AZ3 Pro processors to filter out background noise to enable better conversation detection and wake word detection.<br><br>**Custom silicon to power faster, more personalized, more proactive interactions**<br><br>At the core of our new Echo devices are two custom-designed silicon chips—AZ3 and AZ3 Pro—with an all-new AI Accelerator designed to run AI edge models of the future. Echo Dot Max uses AZ3 to enable better conversation detection—one of the most important yet challenging parts of building an ambient AI anyone can talk to from anywhere in the room. AZ3 powers our best microphone array yet, supporting even more natural, free-flowing interactions with Alexa+, filtering out background noise and improving Alexa's ability to detect the wake-word by over 50%. Echo Studio, Echo Show 8, and Echo Show 11 include the more advanced AZ3 Pro, which builds on the power of AZ3's audio capabilities, adding support for state-of-the-art language models and vision transformers.<br><br>Amazon unveils the next generation of AI-powered Echo devices, purpose-built for Alexa+, *available at* https://www.aboutamazon.com/news/devices/amazon-new-echo-devices-alexa-plus. |

-15-

**U.S. Patent No. 11,798,576**
1(c) "determining a speech level estimate for the transformed signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| determining a speech level estimate for the transformed signal; | Amazon Smart Devices are configured to determine a speech level estimate for the transformed signal.<br><br>For example, the Amazon Smart Devices determines the speech signal from the noise signal.<br><br>    In August, we introduced adaptive volume for Alexa, which lets Echo devices adjust their volume according to ambient-noise levels, so that the *perceived* noise level stays consistent for the customer. One of the key elements of the approach is algorithmically separating the speech signal and the noise signal, so that they're separate inputs to the volume adaptation model.<br><br>"Ambient intelligence" will accelerate advances in general AI, *available at* https://www.amazon.science/blog/ambient-intelligence-will-accelerate-advancements-in-general-ai. |

**U.S. Patent No. 11,798,576**
1(c) "determining a speech level estimate for the transformed signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | **4. AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1543, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 11,798,576**

1(c) "determining a speech level estimate for the transformed signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | <br><br>Fig. 3. Block diagram for the AFE architecture.<br><br>*Id.* at p. 1543. |

**U.S. Patent No. 11,798,576**

1(c) "determining a speech level estimate for the transformed signal;"

| Claim 1(c) | Amazon Smart Devices |
| --- | --- |
| |  Figure 2 The Proposed Scheme for Joint SBRES and SBNR<br><br>Multilayer Adaptation Based Complex Echo Cancellation and Voice Enhancement, *available at* https://cdn.science.amazon-topics.psdops.com/1f/9f/6d090e764e47985ee7c2d779d095/multilayer-adaptation-based-complex-echo-cancellation-and-voice-enhancement.pdf. |

**U.S. Patent No. 11,798,576**

1(c) "determining a speech level estimate for the transformed signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | The block "Frequency Bins/Subbands" converts from *(L+1)* bins to either 30 or 15 non-uniform bands on the basis of the auditory critical bands. |
| | Instead of relying on voice activity detection or speech presence probability, the proposed "Noise Estimation" algorithm stores the band PSD of the selected frame into a noise history window and estimates noise PSD from this PSD window by searching the minimum band PSD for each frequency band over a moving time window. |
| | Without employing traditional parametric spectral subtraction, the proposed "Spectral Gain Calculation" has improved the Ephraim and Malah suppression rule in a global optimal way for both echo and noise in each frequency band. This processing could also output the optional voice activity detection information if needed by other processing parts. |
| | *Id.* |
| | Further, the Amazon Smart Devices perform signal level estimation, which determines a speech level estimate for the transformed signal. |

-20-

**U.S. Patent No. 11,798,576**

1(c) "determining a speech level estimate for the transformed signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | The proposed data-driven open-loop AVC algorithm with deep learning feature is shown as in Figure 1. This system mainly consists of six parts, i.e., signal content event and silence detection (i.e., tuned by deep learning), look-ahead buffering, time constant determination (i.e., tracking speed determination by data-driven), signal level estimation, frame gain estimation and learning, and final gain smoother.<br><br>Figure 1 The Proposed Data-Driven Open-Loop AVC Alg.<br><br>Deep Learning Based Automatic Volume Control and Limiter System, *available at* https://cdn.amazon.science/bd/a6/6d43b060417ebd79b0fc38c496f2/deep-learning-based-automatic-volume-control-and-limiter-system.pdf. |

**U.S. Patent No. 11,798,576**

1(c) "determining a speech level estimate for the transformed signal;"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| | The "Signal Level Estimation" block of Figure 1 is implemented by a fast-attack and slow-release learning filter, that is, if the audio event flag $K(n)$ is false, then $$S(n) = S(n-1) \qquad (5)$$ otherwise, $$S(n) = S(n-1) + \xi(G(n) - S(n-1)) \qquad (6)$$ where if $G(n) > S(n-1)$, then $\xi = \eta_a$; otherwise, $\xi = \eta_r$.<br><br>The parameters $\eta_a$ and $\eta_r$ are related to the attack and release time constants, respectively. They are determined by the processing block of "time constant determination" described above so that the attack and release time constants can match with the audio contents based on training with DNN ML platform.<br><br>*Id.* |

**U.S. Patent No. 11,798,576**

1(d) "determining a SNR from the noise and speech level estimates; and"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| determining a SNR from the noise and speech level estimates; and | Amazon Smart Devices are configured to determine a SNR from the noise and speech level estimates.<br><br>**4.  AUDIO FRONT-END**<br><br>Figure 3 depicts the block diagram for the AFE architecture. For the microphone capture path, we use the subband processing framework, which helps us to achieve a desirable algorithmic performance for a low computational cost [7]. Audio processing occurs on a frame-by-frame basis; the shaded blocks receive an input audio frame and provide an output audio frame, while the non-shaded blocks process an audio frame to generate a system-state variable. The microphone signals are first processed by an analysis filterbank to generate the subband samples. Next, we apply pre-processing on the subband samples that include pre-emphasis filters and delay correction. Next, the spatial processing and multi-channel AEC (MCAEC) block provides further suppression of ambient noise and MAE. Thereafter, we process the audio frames through a post filtering stage, which further helps in improving the signal-to-noise-ratio (SNR). Lastly, the audio frames are synthesized back into time-domain before being sent to the WW engine.<br><br>Chhetri et al., Multichannel Audio Front-End For Far-Field Automatic Speech Recognition, p. 1543, *available at* https://assets.amazon.science/18/ef/31501c4f4fbb8490265e3e78d3c7/multichannel-audio-front-end-for-far-field-automatic-speech-recognition.pdf. |

**U.S. Patent No. 11,798,576**

1(d) "determining a SNR from the noise and speech level estimates; and"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| |  Fig. 3. Block diagram for the AFE architecture. <br><br> *Id.* at p. 1543. |

-24-

**U.S. Patent No. 11,798,576**

1(d) "determining a SNR from the noise and speech level estimates; and"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | The proposed data-driven open-loop AVC algorithm with deep learning feature is shown as in Figure 1. This system mainly consists of six parts, i.e., signal content event and silence detection (i.e., tuned by deep learning), look-ahead buffering, time constant determination (i.e., tracking speed determination by data-driven), signal level estimation, frame gain estimation and learning, and final gain smoother.<br><br><br><br>Figure 1 The Proposed Data-Driven Open-Loop AVC Alg.<br><br>Deep Learning Based Automatic Volume Control and Limiter System, *available at* https://cdn.amazon.science/bd/a6/6d43b060417ebd79b0fc38c496f2/deep-learning-based-automatic-volume-control-and-limiter-system.pdf. |

**U.S. Patent No. 11,798,576**

1(d) "determining a SNR from the noise and speech level estimates; and"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | The "Audio Signal Event and Silence Detection" block in Figure 1 is based on signal-to-noise ratio (SNR) and consists of 4 blocks, i.e., Frame Energy, Envelope Estimation, Floor Estimation, and SNR-based Comparison. The "Frame Energy" block is implemented as follows. $$G(n) = \frac{1}{N} \sum_{i=0}^{N-1} (x(n,i))^2 \qquad (1)$$ where $N$ is the frame length in number of audio samples. The $x(n, i)$ is the $i$-th audio sample in the $n$-th frame. Therefore, $x(n, 0)$, $x(n, 1)$, $\cdots$, $x(n, N-1)$ are the block of audio signal in the $n$-th frame. The "Envelope Estimation" block is implemented by the following learning rule. $$E(n) = E(n-1) + \beta(G(n) - E(n-1)) \qquad (2)$$ where $\beta$ is a smoothing factor between 0.0 and 1.0. The "Floor Estimation" block is implemented according to the following learning rule: $$F(n) = F(n-1) + \lambda(E(n) - F(n-1)) \qquad (3)$$ where $\lambda$ is a smoothing factor between 0.0 and 1.0. The Comparison block is implemented as <br><br> If $E(n) > (\mu * F(n))$, then $K(n) = True$. <br><br> Otherwise, $K(n) = False \qquad (4)$ <br><br> The parameter $\mu$ is a SNR threshold which is an adjustable constant. The variable $K(n)$ represents audio event flag. |
| | *Id.* |

**U.S. Patent No. 11,798,576**
1(d) "determining a SNR from the noise and speech level estimates; and"

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| *Id.* | The "Signal Level Estimation" block of Figure 1 is implemented by a fast-attack and slow-release learning filter, that is, if the audio event flag $K(n)$ is false, then $$S(n) = S(n-1) \qquad (5)$$ otherwise, $$S(n) = S(n-1) + \xi(G(n) - S(n-1)) \qquad (6)$$ where if $G(n) > S(n-1)$, then $\xi = \eta_a$; otherwise, $\xi = \eta_r$. The parameters $\eta_a$ and $\eta_r$ are related to the attack and release time constants, respectively. They are determined by the processing block of "time constant determination" described above so that the attack and release time constants can match with the audio contents based on training with DNN ML platform. |

**U.S. Patent No. 11,798,576**

1(e) "determining a gain for the transformed signal to achieve a selected SNR range at a given position,"

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| determining a gain for the transformed signal to achieve a selected SNR range at a given position, | Amazon Smart Devices are configured to determine a gain for the transformed signal to achieve a selected SNR range at a given position.<br><br>For example, the Amazon Smart Devices can adaptively adjust their voume based on ambient noise levels will determine the gain value to achieve a selected SNR range.<br><br>In August, we introduced adaptive volume for Alexa, which lets Echo devices adjust their volume according to ambient-noise levels, so that the *perceived* noise level stays consistent for the customer. One of the key elements of the approach is algorithmically separating the speech signal and the noise signal, so that they're separate inputs to the volume adaptation model.<br><br>"Ambient intelligence" will accelerate advances in general AI, *available at* https://www.amazon.science/blog/ambient-intelligence-will-accelerate-advancements-in-general-ai. |

-28-

**U.S. Patent No. 11,798,576**

1(e) "determining a gain for the transformed signal to achieve a selected SNR range at a given position,"

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| | The proposed data-driven open-loop AVC algorithm with deep learning feature is shown as in Figure 1. This system mainly consists of six parts, i.e., signal content event and silence detection (i.e., tuned by deep learning), look-ahead buffering, time constant determination (i.e., tracking speed determination by data-driven), signal level estimation, frame gain estimation and learning, and final gain smoother. <br><br> <br><br> Figure 1 The Proposed Data-Driven Open-Loop AVC Alg. <br><br> Deep Learning Based Automatic Volume Control and Limiter System, *available at* https://cdn.amazon.science/bd/a6/6d43b060417ebd79b0fc38c496f2/deep-learning-based-automatic-volume-control-and-limiter-system.pdf. |

**U.S. Patent No. 11,798,576**
1(e) "determining a gain for the transformed signal to achieve a selected SNR range at a given position,"

| Claim 1(e) | Amazon Smart Devices |
|---|---|
| | The "Frame Gain Estimation" block of Figure 1 is implemented as follow.<br><br>If $(S(n) * V(n)) > \gamma$, then $p(n) = \gamma / S(n)$<br><br>otherwise, $p(n) = V(n)$        (7)<br><br>The parameter $\gamma$ in Eq. (7) is a threshold which is an adjustable constant. The variable $V(n)$ is the volume gain adjusted by users.<br><br>The "Gain Smoother" block in Figure 1 is used to reduce the variation of the gain. The final gain is<br><br>$$g(n) = \alpha * p(n) + (1 - \alpha) * g(n-1) \qquad (8)$$<br><br>where the factor $\alpha$ has the value between 0.0 and 1.0.<br><br>Multiplying the delayed block of input signals (i.e., the audio samples in the look-ahead buffer) by the obtained gain $g(n)$ in a way of sample-by-sample results in the output level of Figure 1 being well controlled smoothly.<br><br>*Id.* |

**U.S. Patent No. 11,798,576**

1(f) "wherein determining the gain comprises:
adapting an actual gain to follow a target gain, wherein the target gain is adjusted to achieve the selected SNR range;"

| Claim 1(f) | Amazon Smart Devices |
|---|---|
| wherein determining the gain comprises: adapting an actual gain to follow a target gain, wherein the target gain is adjusted to achieve the selected SNR range; | Amazon Smart Devices are configured such that wherein determining the gain comprises: adapting an actual gain to follow a target gain, wherein the target gain is adjusted to achieve the selected SNR range. <br><br> For example, the Amazon Smart Devices can adaptively adjust the volume based on ambient noise levels. <br><br> In August, we introduced adaptive volume for Alexa, which lets Echo devices adjust their volume according to ambient-noise levels, so that the *perceived* noise level stays consistent for the customer. One of the key elements of the approach is algorithmically separating the speech signal and the noise signal, so that they're separate inputs to the volume adaptation model. <br><br> "Ambient intelligence" will accelerate advances in general AI, *available at* https://www.amazon.science/blog/ambient-intelligence-will-accelerate-advancements-in-general-ai. |

-31-

**U.S. Patent No. 11,798,576**
1(f) "wherein determining the gain comprises:
adapting an actual gain to follow a target gain, wherein the target gain is adjusted to achieve the selected SNR range;"

| Claim 1(f) | Amazon Smart Devices |
|---|---|
| | The proposed data-driven open-loop AVC algorithm with deep learning feature is shown as in Figure 1. This system mainly consists of six parts, i.e., signal content event and silence detection (i.e., tuned by deep learning), look-ahead buffering, time constant determination (i.e., tracking speed determination by data-driven), signal level estimation, frame gain estimation and learning, and final gain smoother.  Figure 1 The Proposed Data-Driven Open-Loop AVC Alg. Deep Learning Based Automatic Volume Control and Limiter System, *available at* https://cdn.amazon.science/bd/a6/6d43b060417ebd79b0fc38c496f2/deep-learning-based-automatic-volume-control-and-limiter-system.pdf. |

**U.S. Patent No. 11,798,576**

1(f) "wherein determining the gain comprises:

adapting an actual gain to follow a target gain, wherein the target gain is adjusted to achieve the selected SNR range;"

| Claim 1(f) | Amazon Smart Devices |
|---|---|
| | The "Frame Gain Estimation" block of Figure 1 is implemented as follow.<br><br>If $(S(n) * V(n)) > \gamma$, then $p(n) = \gamma/S(n)$<br><br>otherwise, $p(n) = V(n)$      (7)<br><br>The parameter $\gamma$ in Eq. (7) is a threshold which is an adjustable constant. The variable $V(n)$ is the volume gain adjusted by users.<br><br>The "Gain Smoother" block in Figure 1 is used to reduce the variation of the gain. The final gain is<br><br>$$g(n) = \alpha * p(n) + (1-\alpha) * g(n-1) \qquad (8)$$<br><br>where the factor $\alpha$ has the value between 0.0 and 1.0.<br><br>Multiplying the delayed block of input signals (i.e., the audio samples in the look-ahead buffer) by the obtained gain $g(n)$ in a way of sample-by-sample results in the output level of Figure 1 being well controlled smoothly.<br><br>*Id.* |

-33-

U.S. Patent No. 11,798,576
1(f) "wherein determining the gain comprises:
adapting an actual gain to follow a target gain, wherein the target gain is adjusted to achieve the selected SNR range;"

| Claim 1(f) | Amazon Smart Devices |
|---|---|
| | The proposed LIM algorithm creates a gain controlled signal shown in Figure 2 on the basis of the peak value of the input audio signal. The audio signal is physically delayed by an amount of time (i.e., look-ahead time). Once the control signal is ready to implement level adjustment, the audio is then sent ahead to the control element at the exact moment that the control signal arrives so as to make the adjustment. The proposed LIM not only meets the requirement of clipping-free and very low latency but also can be used to help any other audio processing, such as volume control, automatic gain control, 3D audio enhancement, and AEC, to prevent audio from clipping.<br><br>Figure 2 depicts the LIM gain curve corresponding to the three states if linear interpolation approach is adopted for both look-ahead state and release state.<br><br><br><br>Figure 2 LIM Gain Curve for Linear Interpolation Approach |
| | *Id.* |

**U.S. Patent No. 11,798,576**

1(g) "comparing the target gain and the actual gain to determine a gain change increment;"

| Claim 1(g) | Amazon Smart Devices |
|---|---|
| comparing the target gain and the actual gain to determine a gain change increment; | Amazon Smart Devices are configured to compare the target gain and the actual gain to determine a gain change increment.<br><br>For example, the Amazon Smart Devices can adaptively adjust the volume according to ambient noise levels and upon information and belief will compare the actual gain to a target gain to determine the amount of gain change.<br><br>In August, we introduced adaptive volume for Alexa, which lets Echo devices adjust their volume according to ambient-noise levels, so that the *perceived* noise level stays consistent for the customer. One of the key elements of the approach is algorithmically separating the speech signal and the noise signal, so that they're separate inputs to the volume adaptation model.<br><br>"Ambient intelligence" will accelerate advances in general AI, *available at* https://www.amazon.science/blog/ambient-intelligence-will-accelerate-advancements-in-general-ai. |

**U.S. Patent No. 11,798,576**

1(g) "comparing the target gain and the actual gain to determine a gain change increment;"

| Claim 1(g) | Amazon Smart Devices |
|---|---|
|  | The proposed data-driven open-loop AVC algorithm with deep learning feature is shown as in Figure 1. This system mainly consists of six parts, i.e., signal content event and silence detection (i.e., tuned by deep learning), look-ahead buffering, time constant determination (i.e., tracking speed determination by data-driven), signal level estimation, frame gain estimation and learning, and final gain smoother.<br><br><br><br>Figure 1 The Proposed Data-Driven Open-Loop AVC Alg.<br><br>Deep Learning Based Automatic Volume Control and Limiter System, *available at* https://cdn.amazon.science/bd/a6/6d43b060417ebd79b0fc38c496f2/deep-learning-based-automatic-volume-control-and-limiter-system.pdf. |

**U.S. Patent No. 11,798,576**

1(g) "comparing the target gain and the actual gain to determine a gain change increment;"

| Claim 1(g) | Amazon Smart Devices |
|---|---|
| | The "Frame Gain Estimation" block of Figure 1 is implemented as follow. If $(S(n) * V(n)) > \gamma$, then $p(n) = \gamma / S(n)$ <br><br> otherwise, $p(n) = V(n)$      (7) <br><br> The parameter $\gamma$ in Eq. (7) is a threshold which is an adjustable constant. The variable $V(n)$ is the volume gain adjusted by users. <br><br> The "Gain Smoother" block in Figure 1 is used to reduce the variation of the gain. The final gain is <br><br> $$g(n) = \alpha * p(n) + (1 - \alpha) * g(n-1) \qquad (8)$$ <br><br> where the factor $\alpha$ has the value between 0.0 and 1.0. <br><br> Multiplying the delayed block of input signals (i.e., the audio samples in the look-ahead buffer) by the obtained gain $g(n)$ in a way of sample-by-sample results in the output level of Figure 1 being well controlled smoothly. <br><br> *Id.* |

**U.S. Patent No. 11,798,576**
1(g) "comparing the target gain and the actual gain to determine a gain change increment;"

| Claim 1(g) | Amazon Smart Devices |
|---|---|
| | The proposed LIM algorithm creates a gain controlled signal shown in Figure 2 on the basis of the peak value of the input audio signal. The audio signal is physically delayed by an amount of time (i.e., look-ahead time). Once the control signal is ready to implement level adjustment, the audio is then sent ahead to the control element at the exact moment that the control signal arrives so as to make the adjustment. The proposed LIM not only meets the requirement of clipping-free and very low latency but also can be used to help any other audio processing, such as volume control, automatic gain control, 3D audio enhancement, and AEC, to prevent audio from clipping.<br><br>Figure 2 depicts the LIM gain curve corresponding to the three states if linear interpolation approach is adopted for both look-ahead state and release state.<br><br><br><br>Figure 2 LIM Gain Curve for Linear Interpolation Approach |
| *Id.* | |

**U.S. Patent No. 11,798,576**

1(h) "increasing the actual gain if the SNR at the given position is lower than a minimum SNR in the SNR range; and"

| Claim 1(h) | Amazon Smart Devices |
|---|---|
| increasing the actual gain if the SNR at the given position is lower than a minimum SNR in the SNR range; and | Amazon Smart Devices are configured to increase the actual gain if the SNR at the given position is lower than a minimum SNR in the SNR range.<br><br>For example, the Amazon Smart Davices can adaptively adjust the volume based on ambient noise levels, and upon information and belief will increase the gain if the SNR is lower than a minimum SNR in the SNR range.<br><br>In August, we introduced adaptive volume for Alexa, which lets Echo devices adjust their volume according to ambient-noise levels, so that the *perceived* noise level stays consistent for the customer. One of the key elements of the approach is algorithmically separating the speech signal and the noise signal, so that they're separate inputs to the volume adaptation model.<br><br>"Ambient intelligence" will accelerate advances in general AI, *available at* https://www.amazon.science/blog/ambient-intelligence-will-accelerate-advancements-in-general-ai. |

-39-

**U.S. Patent No. 11,798,576**

1(h) "increasing the actual gain if the SNR at the given position is lower than a minimum SNR in the SNR range; and"

| Claim 1(h) | Amazon Smart Devices |
|---|---|
| | The proposed data-driven open-loop AVC algorithm with deep learning feature is shown as in Figure 1. This system mainly consists of six parts, i.e., signal content event and silence detection (i.e., tuned by deep learning), look-ahead buffering, time constant determination (i.e., tracking speed determination by data-driven), signal level estimation, frame gain estimation and learning, and final gain smoother. <br><br> <br><br> Figure 1 The Proposed Data-Driven Open-Loop AVC Alg. <br><br> Deep Learning Based Automatic Volume Control and Limiter System, *available at* https://cdn.amazon.science/bd/a6/6d43b060417ebd79b0fc38c496f2/deep-learning-based-automatic-volume-control-and-limiter-system.pdf. |

**U.S. Patent No. 11,798,576**

1(h) "increasing the actual gain if the SNR at the given position is lower than a minimum SNR in the SNR range; and"

| Claim 1(h) | Amazon Smart Devices |
|---|---|
| | The "Audio Signal Event and Silence Detection" block in Figure 1 is based on signal-to-noise ratio (SNR) and consists of 4 blocks, i.e., Frame Energy, Envelope Estimation, Floor Estimation, and SNR-based Comparison. The "Frame Energy" block is implemented as follows. $$G(n) = \frac{1}{N}\sum_{i=0}^{N-1}(x(n,i))^2 \qquad (1)$$ where $N$ is the frame length in number of audio samples. The $x(n, i)$ is the $i$-th audio sample in the $n$-th frame. Therefore, $x(n, 0)$, $x(n, 1)$, $\cdots$, $x(n, N-1)$ are the block of audio signal in the $n$-th frame. The "Envelope Estimation" block is implemented by the following learning rule. $$E(n) = E(n-1) + \beta(G(n) - E(n-1)) \qquad (2)$$ where $\beta$ is a smoothing factor between 0.0 and 1.0. The "Floor Estimation" block is implemented according to the following learning rule: $$F(n) = F(n-1) + \lambda(E(n) - F(n-1)) \qquad (3)$$ where $\lambda$ is a smoothing factor between 0.0 and 1.0. The Comparison block is implemented as <br><br> If $E(n) > (\mu * F(n))$, then $K(n)$ = True. <br><br> Otherwise, $K(n)$ =False $\qquad (4)$ <br> The parameter $\mu$ is a SNR threshold which is an adjustable constant. The variable $K(n)$ represents audio event flag. |
| *Id.* | |

**U.S. Patent No. 11,798,576**
1(h) "increasing the actual gain if the SNR at the given position is lower than a minimum SNR in the SNR range; and"

| Claim 1(h) | Amazon Smart Devices |
|---|---|
| | The "Signal Level Estimation" block of Figure 1 is implemented by a fast-attack and slow-release learning filter, that is, if the audio event flag $K(n)$ is false, then $$S(n) = S(n-1) \qquad (5)$$ otherwise, $$S(n) = S(n-1) + \xi(G(n) - S(n-1)) \qquad (6)$$ where if $G(n) > S(n-1)$, then $\xi = \eta_a$; otherwise, $\xi = \eta_r$. The parameters $\eta_a$ and $\eta_r$ are related to the attack and release time constants, respectively. They are determined by the processing block of "time constant determination" described above so that the attack and release time constants can match with the audio contents based on training with DNN ML platform. The "Frame Gain Estimation" block of Figure 1 is implemented as follow. If $(S(n) * V(n)) > \gamma$, then $p(n) = \gamma / S(n)$ otherwise, $p(n) = V(n) \qquad (7)$ The parameter $\gamma$ in Eq. (7) is a threshold which is an adjustable constant. The variable $V(n)$ is the volume gain adjusted by users. The "Gain Smoother" block in Figure 1 is used to reduce the variation of the gain. The final gain is $$g(n) = \alpha * p(n) + (1 - \alpha) * g(n-1) \qquad (8)$$ where the factor $\alpha$ has the value between 0.0 and 1.0. Multiplying the delayed block of input signals (i.e., the audio samples in the look-ahead buffer) by the obtained gain $g(n)$ in a way of sample-by-sample results in the output level of Figure 1 being well controlled smoothly. |
| | *Id.* |

**U.S. Patent No. 11,798,576**

1(h) "increasing the actual gain if the SNR at the given position is lower than a minimum SNR in the SNR range; and"

| Claim 1(h) | Amazon Smart Devices |
|---|---|
| | The proposed LIM algorithm creates a gain controlled signal shown in Figure 2 on the basis of the peak value of the input audio signal. The audio signal is physically delayed by an amount of time (i.e., look-ahead time). Once the control signal is ready to implement level adjustment, the audio is then sent ahead to the control element at the exact moment that the control signal arrives so as to make the adjustment. The proposed LIM not only meets the requirement of clipping-free and very low latency but also can be used to help any other audio processing, such as volume control, automatic gain control, 3D audio enhancement, and AEC, to prevent audio from clipping.<br><br>Figure 2 depicts the LIM gain curve corresponding to the three states if linear interpolation approach is adopted for both look-ahead state and release state.<br><br><br><br>Figure 2 LIM Gain Curve for Linear Interpolation Approach |
| *Id.* | |

**U.S. Patent No. 11,798,576**

1(i) "decreasing the actual gain if the SNR at the given position is higher than a maximum SNR in the SNR range."

| Claim 1(i) | Amazon Smart Devices |
|---|---|
| decreasing the actual gain if the SNR at the given position is higher than a maximum SNR in the SNR range. | Amazon Smart Devices are configured to decrease the actual gain if the SNR at the given position is higher than a maximum SNR in the SNR range.<br><br>For example, the Amazon Smart Davices can adaptively adjust the volume based on ambient noise levels, and upon information and belief will decrease the gain if the SNR is higher than a maximum SNR in the SNR range.<br><br>In August, we introduced adaptive volume for Alexa, which lets Echo devices adjust their volume according to ambient-noise levels, so that the *perceived* noise level stays consistent for the customer. One of the key elements of the approach is algorithmically separating the speech signal and the noise signal, so that they're separate inputs to the volume adaptation model.<br><br>"Ambient intelligence" will accelerate advances in general AI, *available at* https://www.amazon.science/blog/ambient-intelligence-will-accelerate-advancements-in-general-ai. |

-44-

**U.S. Patent No. 11,798,576**

1(i) "decreasing the actual gain if the SNR at the given position is higher than a maximum SNR in the SNR range."

| Claim 1(i) | Amazon Smart Devices |
|---|---|
| | The proposed data-driven open-loop AVC algorithm with deep learning feature is shown as in Figure 1. This system mainly consists of six parts, i.e., signal content event and silence detection (i.e., tuned by deep learning), look-ahead buffering, time constant determination (i.e., tracking speed determination by data-driven), signal level estimation, frame gain estimation and learning, and final gain smoother. <br><br> <br> Figure 1 The Proposed Data-Driven Open-Loop AVC Alg. <br><br> Deep Learning Based Automatic Volume Control and Limiter System, *available at* https://cdn.amazon.science/bd/a6/6d43b060417ebd79b0fc38c496f2/deep-learning-based-automatic-volume-control-and-limiter-system.pdf. |

-45-

**U.S. Patent No. 11,798,576**

1(i) "decreasing the actual gain if the SNR at the given position is higher than a maximum SNR in the SNR range."

| Claim 1(i) | Amazon Smart Devices |
|---|---|
| | The "Audio Signal Event and Silence Detection" block in Figure 1 is based on signal-to-noise ratio (SNR) and consists of 4 blocks, i.e., Frame Energy, Envelope Estimation, Floor Estimation, and SNR-based Comparison. The "Frame Energy" block is implemented as follows.<br><br>$$G(n) = \frac{1}{N}\sum_{i=0}^{N-1}(x(n,i))^2 \qquad (1)$$<br><br>where $N$ is the frame length in number of audio samples. The $x(n, i)$ is the $i$-th audio sample in the $n$-th frame. Therefore, $x(n, 0)$, $x(n, 1)$, $\cdots$, $x(n, N-1)$ are the block of audio signal in the $n$-th frame. The "Envelope Estimation" block is implemented by the following learning rule.<br><br>$$E(n) = E(n-1) + \beta(G(n) - E(n-1)) \qquad (2)$$<br><br>where $\beta$ is a smoothing factor between 0.0 and 1.0. The "Floor Estimation" block is implemented according to the following learning rule:<br><br>$$F(n) = F(n-1) + \lambda(E(n) - F(n-1)) \qquad (3)$$<br><br>where $\lambda$ is a smoothing factor between 0.0 and 1.0. The Comparison block is implemented as<br><br>If $E(n) > (\mu * F(n))$, then $K(n) = True$.<br><br>Otherwise, $K(n) = False \qquad (4)$<br><br>The parameter $\mu$ is a SNR threshold which is an adjustable constant. The variable $K(n)$ represents audio event flag.<br><br>*Id.* |

**U.S. Patent No. 11,798,576**

1(i) "decreasing the actual gain if the SNR at the given position is higher than a maximum SNR in the SNR range."

| Claim 1(i) | Amazon Smart Devices |
|---|---|
| | The "Signal Level Estimation" block of Figure 1 is implemented by a fast-attack and slow-release learning filter, that is, if the audio event flag $K(n)$ is false, then $$S(n) = S(n-1) \qquad (5)$$ otherwise, $$S(n) = S(n-1) + \xi(G(n) - S(n-1)) \qquad (6)$$ where if $G(n) > S(n-1)$, then $\xi = \eta_a$; otherwise, $\xi = \eta_r$. The parameters $\eta_a$ and $\eta_r$ are related to the attack and release time constants, respectively. They are determined by the processing block of "time constant determination" described above so that the attack and release time constants can match with the audio contents based on training with DNN ML platform. The "Frame Gain Estimation" block of Figure 1 is implemented as follow. If $(S(n) * V(n)) > \gamma$, then $p(n) = \gamma / S(n)$ otherwise, $p(n) = V(n) \qquad (7)$ The parameter $\gamma$ in Eq. (7) is a threshold which is an adjustable constant. The variable $V(n)$ is the volume gain adjusted by users. The "Gain Smoother" block in Figure 1 is used to reduce the variation of the gain. The final gain is $$g(n) = \alpha * p(n) + (1-\alpha) * g(n-1) \qquad (8)$$ where the factor $\alpha$ has the value between 0.0 and 1.0. Multiplying the delayed block of input signals (i.e., the audio samples in the look-ahead buffer) by the obtained gain $g(n)$ in a way of sample-by-sample results in the output level of Figure 1 being well controlled smoothly. |
| | *Id.* |

**U.S. Patent No. 11,798,576**

1(i) "decreasing the actual gain if the SNR at the given position is higher than a maximum SNR in the SNR range."

| Claim 1(i) | Amazon Smart Devices |
|---|---|
| | The proposed LIM algorithm creates a gain controlled signal shown in Figure 2 on the basis of the peak value of the input audio signal. The audio signal is physically delayed by an amount of time (i.e., look-ahead time). Once the control signal is ready to implement level adjustment, the audio is then sent ahead to the control element at the exact moment that the control signal arrives so as to make the adjustment. The proposed LIM not only meets the requirement of clipping-free and very low latency but also can be used to help any other audio processing, such as volume control, automatic gain control, 3D audio enhancement, and AEC, to prevent audio from clipping.<br><br>    Figure 2 depicts the LIM gain curve corresponding to the three states if linear interpolation approach is adopted for both look-ahead state and release state.<br><br><br><br>Figure 2 LIM Gain Curve for Linear Interpolation Approach |
| *Id.* | |