# EXHIBIT 12

# U.S. Patent No. 12,236,947

# Flexible-Format Voice Command

## Infringement Claim Chart

## Amazon Smart Devices

**U.S. Patent No. 12,236,947**
1 "A method for processing voice commands from a user, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| A method for processing voice commands from a user, the method comprising: | Amazon Smart Devices with Alexa (including Alexa+) are configured to perform a method for processing voice commands from a user.  For example Amazon Smart Devices such as the Amazon Echo Show have Alexa capability and can process voice commands from a user. |

**U.S. Patent No. 12,236,947**
1 "A method for processing voice commands from a user, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way.<br><br>**The wake word**<br><br>Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests.<br><br>When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request.<br><br>**Keyword spotting**<br><br>Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request.<br><br>**Cloud verification and encryption**<br><br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>**Automatic Speech Recognition (ASR)**<br><br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (***"Alexa, what's the weather in sydney?"***), transcriptions could include one or several of the following:<br><br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"*<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011. |

**U.S. Patent No. 12,236,947**
1 "A method for processing voice commands from a user, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| |  https://www.amazon.com/Echo-Show-21-Smart-Display/dp/B0CDWWS127?th=1 |

**U.S. Patent No. 12,236,947**
1 "A method for processing voice commands from a user, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---------|---------------------|
| | <br><br>https://www.amazon.com/Echo-Show-21-Smart-Display/dp/B0CDWWS127?th=1 |

**U.S. Patent No. 12,236,947**
1 "A method for processing voice commands from a user, the method comprising:"

| Claim 1 | Amazon Smart Devices |
|---|---|
| | **Compare Echo Devices** |

| | Echo Show 5 (3rd Gen) | Echo Show 8 | Echo Show 11 | Echo Show 15 | Echo Show 21 |
|---|---|---|---|---|---|
| **DEVICE** | Echo Show 5 (3rd Gen) | Echo Show 8 | Echo Show 11 | Echo Show 15 | Echo Show 21 |
| **PRICE** | $89.99 | $179.99 | $219.99 | $299.99 | $399.99 |
| **RATINGS** | 4.2 ★★★★☆ (65,224) | 4.3 ★★★★⯪ (3,846) | 4.3 ★★★★⯪ (3,846) | 4.4 ★★★★⯪ (5,181) | 4.4 ★★★★⯪ (5,181) |
| **BEST FOR** | Designed for small table tops or office desks | HD smart display designed to be the perfect kitchen assistant | Full HD smart display designed to be the perfect kitchen assistant | Wall mountable Full HD smart display with built-in Fire TV and home screen widgets | Largest wall mountable Full HD smart display with built-in Fire TV and home screen widgets |
| **RELEASE YEAR** | 2023 | 2025 | 2025 | 2024 | 2024 |
| **WORKS WITH ALEXA+** | ✓ | ✓ | ✓ | ✓ | ✓ |
| **SCREEN** | 5.5" display | 8.7" HD display | 11" Full HD display | 15.6" Full HD display | 21" Full HD display |
| **SPEAKERS** | 1 x 1.7" | Room-filling spatial audio with dual full-range drivers and 2.8" woofer | Room-filling spatial audio with dual full-range drivers and 2.8" woofer | Vibrant, powerful sound with two 2" woofers & two 0.6" tweeters | Vibrant, powerful sound with two 2" woofers & two 0.6" tweeters |
| **CAMERA** | 2 MP | 13 MP with auto-framing | 13 MP with auto-framing | 13 MP wide angle with auto-framing | 13 MP wide angle with auto-framing |
| **ALEXA BUILT-IN** | ✓ | ✓ | ✓ | ✓ | ✓ |
| **FIRE TV BUILT-IN** | | | | ✓ | ✓ |
| **VIDEO SUPPORT** | Prime Video app. Others via browser. | Prime Video and Netflix app. Others via browser. | Prime Video and Netflix app. Others via browser. | Full selection via Fire TV app store. | Full selection via Fire TV app store. |
| **BUILT-IN SMART HOME HUB** | | ✓ | ✓ | ✓ | ✓ |
| **DIMENSIONS** | 5.8"W x 3.6"D x 3.2"H | 8.2"W x 5"D x 5.9"H | 10.0"W x 5"D x 7.2"H | 16.1"W x 10.1"H x 1.4"D | 21.4"W x 13.2"H x 1.5"D |

https://www.amazon.com/Echo-Show-21-Smart-Display/dp/B0CDWWS127?th=1

**U.S. Patent No. 12,236,947**

1(a) "receiving a first audio input acquired while the user utters a first utterance;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| receiving a first audio input acquired while the user utters a first utterance; | Amazon Smart Devices are configured to receive a first audio input acquired while the user utters a first utterance. For example, Amazon Smart Devices such as the Echo Show include microphones to receive an audio input from a user's utterance when interacting with Alexa.<br><br><br><br>Echo Show 21<br><br>https://www.amazon.com/Echo-Show-21-Smart-Display/dp/B0CDWWS127?th=1; *see also, e.g.,* https://www.amazon.com/dp/B09B2SBHQK?ref=amzdv_ucc_dp_lod_B0CDWWS127_B09B2SBHQK (Echo Show 5); https://www.amazon.com/dp/B0DC8ZMR1P?ref=amzdv_ucc_dp_lod_B0CDWWS127_B0DC8ZMR1P&th=1 (Echo Show 8); https://www.amazon.com/dp/B0DC91H3JK?ref=amzdv_ucc_dp_lod_B0CDWWS127_B0DC91H3JK&th=1 (Echo Show 11); https://www.amazon.com/dp/B0C5DPSW5Y?ref=amzdv_ucc_dp_lod_B0CDWWS127_B0C5DPSW5Y&th=1 (Echo Show 15). |

**U.S. Patent No. 12,236,947**
1(a) "receiving a first audio input acquired while the user utters a first utterance;"

| Claim 1(a) | Amazon Smart Devices |
|---|---|
| | You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way.<br><br>### The wake word<br><br>Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests.<br><br>When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request.<br><br>### Keyword spotting<br><br>Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request.<br><br>### Cloud verification and encryption<br><br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>### Automatic Speech Recognition (ASR)<br><br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:<br><br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"*<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011. |

**U.S. Patent No. 12,236,947**

1(b) "receiving a first video input including video of the user acquired in conjunction with acquiring the first audio input;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| receiving a first video input including video of the user acquired in conjunction with acquiring the first audio input; | Amazon Smart Devices are configured to receive a first video input including video of the user acquired in conjunction with acquiring the first audio input.<br><br>For example, Amazon Smart Devices such as the Echo Show include a follow up mode which allows users to have a conversation with Alexa without having repeat the wake word when the user is in view of the camera.<br><br>**Follow Up Mode**<br><br>Alexa is always getting smarter to help make life a bit easier for you. That's why we have created capabilities that make it easier and more natural for you to talk to Alexa. You can continue conversations on compatible Echo and Fire TV devices and in the Alexa app without needing to repeat the wake word and, on certain Echo Show devices, even interrupt Alexa.<br><br>Follow Up Mode is available to customers with compatible Echo devices, Fire TV devices, or the Alexa app. With Alexa+, Follow Up Mode will be turned on for your compatible Echo devices and Alexa app to provide a natural, conversational, and seamless customer experience.<br><br>With Follow Up Mode, once you've started a conversation with Alexa, you can make follow-up requests without having to repeat the wake word, whenever you see the visual indicator.<br><br>For example, imagine you're packing for a trip to Spain. With Follow Up Mode enabled, you can say, "Alexa, what's the weather in Spain next week?" and follow up with additional questions—maybe to learn about popular attractions or famous Spanish musicians—all without repeating the wake word.<br><br>On compatible Echo Show devices, after starting a conversation, you can also interrupt Alexa without having to repeat the wake word when you are in view of the camera and facing the screen. So, in the example above, while Alexa is responding ("The main places to visit in Spain are Alhambra, Sagrada Familia…"), you can choose to jump in with "Where's Sagrada Familia?", just like you might when talking to a friend. The visual indicator lets you know when you can interrupt Alexa.<br><br>https://www.amazon.com/b?ie=UTF8&node=23660877011 |

**U.S. Patent No. 12,236,947**

1(b) "receiving a first video input including video of the user acquired in conjunction with acquiring the first audio input;"

| Claim 1(b) | Amazon Smart Devices |
|---|---|
| | **How do I know when I can interact with Alexa without using the wake word?**<br><br>Your device and the Alexa app use visual indicators to let you know when you can interact with Alexa without using the wake word. The exact visual indicator you will see depends on the type of device you have, whether you are using the Alexa app, and whether you are an Alexa+ customer.<br><br>• Learn more about indicators for Alexa+ or original Alexa on Echo devices with screens, Fire TV devices, and the Alexa app<br>• Learn more about indicators for your Echo device without a screen.<br><br>Which Echo and Fire TV devices support Follow Up Mode?<br><br>Echo smart speakers (including Echo, Echo Dot, Echo Show, and Echo Hub devices) and the Alexa app support Follow Up Mode, but certain capabilities are only available on some devices. You can interrupt without using the wake word on Echo Show 8 (2nd and 3rd gen), Echo Show 10 (3rd gen), Echo Show 15 (1st and 2nd gen), and Echo Show 21 (1st gen). Follow Up Mode is also supported on select Fire TV devices. |
| | *Id.* |

-10-

**U.S. Patent No. 12,236,947**

1(c) "determining that the first utterance includes a command directed to a system based at least in part on processing the first audio input, and processing the first video input including identifying a visual characteristic associated with the user uttering the first utterance; and"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
| determining that the first utterance includes a command directed to a system based at least in part on processing the first audio input, and processing the first video input including identifying a visual characteristic associated with the user uttering the first utterance; and | Amazon Smart Devices are configured to determine that the first utterance includes a command directed to a system based at least in part on processing the first audio input, and processing the first video input including identifying a visual characteristic associated with the user uttering the first utterance.  For example, Amazon Smart Devices such as the Amazon Echo Show include a follow up mode which uses both the audio input from the microphone and the video input from the camera to determine that the user is having a conversation with Alexa.<br><br>**Follow Up Mode**<br><br>Alexa is always getting smarter to help make life a bit easier for you. That's why we have created capabilities that make it easier and more natural for you to talk to Alexa. You can continue conversations on compatible Echo and Fire TV devices and in the Alexa app without needing to repeat the wake word and, on certain Echo Show devices, even interrupt Alexa.<br><br>Follow Up Mode is available to customers with compatible Echo devices, Fire TV devices, or the Alexa app. With Alexa+, Follow Up Mode will be turned on for your compatible Echo devices and Alexa app to provide a natural, conversational, and seamless customer experience.<br><br>With Follow Up Mode, once you've started a conversation with Alexa, you can make follow-up requests without having to repeat the wake word, whenever you see the visual indicator.<br><br>For example, imagine you're packing for a trip to Spain. With Follow Up Mode enabled, you can say, "Alexa, what's the weather in Spain next week?" and follow up with additional questions—maybe to learn about popular attractions or famous Spanish musicians—all without repeating the wake word.<br><br>On compatible Echo Show devices, after starting a conversation, you can also interrupt Alexa without having to repeat the wake word when you are in view of the camera and facing the screen. So, in the example above, while Alexa is responding ("The main places to visit in Spain are Alhambra, Sagrada Familia..."), you can choose to jump in with "Where's Sagrada Familia?", just like you might when talking to a friend. The visual indicator lets you know when you can interrupt Alexa.<br><br>https://www.amazon.com/b?ie=UTF8&node=23660877011 |

-11-

**U.S. Patent No. 12,236,947**

1(c) "determining that the first utterance includes a command directed to a system based at least in part on processing the first audio input, and processing the first video input including identifying a visual characteristic associated with the user uttering the first utterance; and"

| Claim 1(c) | Amazon Smart Devices |
|---|---|
|  | **How do I know when I can interact with Alexa without using the wake word?**<br><br>Your device and the Alexa app use visual indicators to let you know when you can interact with Alexa without using the wake word. The exact visual indicator you will see depends on the type of device you have, whether you are using the Alexa app, and whether you are an Alexa+ customer.<br><br>• Learn more about indicators for Alexa+ or original Alexa on Echo devices with screens, Fire TV devices, and the Alexa app<br>• Learn more about indicators for your Echo device without a screen.<br><br>Which Echo and Fire TV devices support Follow Up Mode?<br><br>Echo smart speakers (including Echo, Echo Dot, Echo Show, and Echo Hub devices) and the Alexa app support Follow Up Mode, but certain capabilities are only available on some devices. You can interrupt without using the wake word on Echo Show 8 (2nd and 3rd gen), Echo Show 10 (3rd gen), Echo Show 15 (1st and 2nd gen), and Echo Show 21 (1st gen). Follow Up Mode is also supported on select Fire TV devices. |
| *Id.* |  |

-12-

**U.S. Patent No. 12,236,947**

1(c) "determining that the first utterance includes a command directed to a system based at least in part on processing the first audio input, and processing the first video input including identifying a visual characteristic associated with the user uttering the first utterance; and"

| Claim 1(c) | Amazon Smart Devices |
|---|---|

Further, for example, the Amazon Echo Show devices include front-facing cameras that face the user.

## Compare Echo Devices

| DEVICE | Echo Show 5 (3rd Gen) | Echo Show 8 | Echo Show 11 | Echo Show 15 | Echo Show 21 |
|---|---|---|---|---|---|
| PRICE | $89.99 | $179.99 | $219.99 | $299.99 | $399.99 |
| RATINGS | 4.2 ★★★★☆ (65,224) | 4.3 ★★★★⯨ (3,846) | 4.3 ★★★★⯨ (3,846) | 4.4 ★★★★⯨ (5,181) | 4.4 ★★★★⯨ (5,181) |
| BEST FOR | Designed for small table tops or office desks | HD smart display designed to be the perfect kitchen assistant | Full HD smart display designed to be the perfect kitchen assistant | Wall mountable Full HD smart display with built-in Fire TV and home screen widgets | Largest wall mountable Full HD smart display with built-in Fire TV and home screen widgets |
| RELEASE YEAR | 2023 | 2025 | 2025 | 2024 | 2024 |
| WORKS WITH ALEXA+ | ✔ | ✔ | ✔ | ✔ | ✔ |
| SCREEN | 5.5" display | 8.7" HD display | 11" Full HD display | 15.6" Full HD display | 21" Full HD display |
| SPEAKERS | 1 x 1.7" | Room-filling spatial audio with dual full-range drivers and 2.8" woofer | Room-filling spatial audio with dual full-range drivers and 2.8" woofer | Vibrant, powerful sound with two 2" woofers & two 0.6" tweeters | Vibrant, powerful sound with two 2" woofers & two 0.6" tweeters |
| CAMERA | 2 MP | 13 MP with auto-framing | 13 MP with auto-framing | 13 MP wide angle with auto-framing | 13 MP wide angle with auto-framing |
| ALEXA BUILT-IN | ✔ | ✔ | ✔ | ✔ | ✔ |
| FIRE TV BUILT-IN | | | | ✔ | ✔ |
| VIDEO SUPPORT | Prime Video app. Others via browser. | Prime Video and Netflix app. Others via browser. | Prime Video and Netflix app. Others via browser. | Full selection via Fire TV app store. | Full selection via Fire TV app store. |
| BUILT-IN SMART HOME HUB | | ✔ | ✔ | ✔ | ✔ |
| DIMENSIONS | 5.8"W x 3.6"D x 3.2"H | 8.2"W x 5"D x 5.9"H | 10.0"W x 5"D x 7.2"H | 16.1"W x 10.1"H x 1.4"D | 21.4"W x 13.2"H x 1.5"D |

https://www.amazon.com/Echo-Show-21-Smart-Display/dp/B0CDWWS127?th=1

-13-

**U.S. Patent No. 12,236,947**

1(d) "causing the system to act on the command after determining that the first utterance includes the command directed to the system."

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| causing the system to act on the command after determining that the first utterance includes the command directed to the system. | Amazon Smart Devices are configured to causing the system to act on the command after determining that the first utterance includes the command directed to the system. For example, Amazon Smart Devices such as the Amazon Echo Show include Amazon's Alexa, which responds to user voice commands. |

**U.S. Patent No. 12,236,947**

1(d) "causing the system to act on the command after determining that the first utterance includes the command directed to the system."

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | You can ask Alexa any question and get a response in a matter of seconds. If you're interested in the technology behind all of that magic, you've come to the right place. Here's a more detailed look at how Alexa works and the ways in which Echo devices and Alexa are designed to protect your privacy every step of the way.<br><br>**The wake word**<br><br>Think of the wake word as a verbal cue that makes things happen. When you have a request for Alexa, you first need to say your chosen wake word, which by default is "Alexa." Only after your Echo device detects the wake word is Alexa listening to your requests.<br><br>When it comes to privacy, there should be no surprises. You'll always be able to tell when Alexa is listening to your request because a light indicator will appear on your Echo device or an audible tone will sound. Think of the "On the Air" signs that light up in television studios during a broadcast. These indicators notify you that your device has detected the wake word and Alexa is now processing your request.<br><br>**Keyword spotting**<br><br>Echo devices use built-in technology called 'keyword spotting' that matches spoken audio to the acoustic patterns of the wake word. Simply put, Echo devices are designed by default to detect only the sound waves of your chosen wake word, and everything else is ignored. Like water through a strainer, all other audio (people talking, taps running, birds chirping) passes through the device until the wake word is 'caught' and sent to Amazon's secure cloud, where meaning is assigned to your request.<br><br>**Cloud verification and encryption**<br><br>When your Echo device detects the wake word, it sends your request to Amazon's secure cloud where audio is reanalysed to verify the wake word was spoken. If this cloud software verification is unable to confirm the wake word was spoken, the Alexa system stops processing the audio. If the wake word is verified (or Alexa is activated using the Action button), your request will be processed using several sophisticated algorithms that allow Alexa to respond appropriately. All of your interactions with Alexa are encrypted in transit throughout this process.<br><br>**Automatic Speech Recognition (ASR)**<br><br>After wake word verification, your voice request undergoes Automatic Speech Recognition (ASR) which transcribes audio into text. Using our example request (*"Alexa, what's the weather in sydney?"*), transcriptions could include one or several of the following:<br><br>• *"What's the weather like in Sydney?"*<br>• *"watt is the weather in Sydney."*<br>• *"What is the if in Sydney?"*<br><br>Follow the journey of a voice request, *available at* https://www.amazon.com/b?ie=UTF8&node=99608097011. |

**U.S. Patent No. 12,236,947**

1(d) "causing the system to act on the command after determining that the first utterance includes the command directed to the system."

| Claim 1(d) | Amazon Smart Devices |
|---|---|
| | ## Follow Up Mode<br><br>Alexa is always getting smarter to help make life a bit easier for you. That's why we have created capabilities that make it easier and more natural for you to talk to Alexa. You can continue conversations on compatible Echo and Fire TV devices and in the Alexa app without needing to repeat the wake word and, on certain Echo Show devices, even interrupt Alexa.<br><br>Follow Up Mode is available to customers with compatible Echo devices, Fire TV devices, or the Alexa app. With Alexa+, Follow Up Mode will be turned on for your compatible Echo devices and Alexa app to provide a natural, conversational, and seamless customer experience.<br><br>With Follow Up Mode, once you've started a conversation with Alexa, you can make follow-up requests without having to repeat the wake word, whenever you see the visual indicator.<br><br>For example, imagine you're packing for a trip to Spain. With Follow Up Mode enabled, you can say, "Alexa, what's the weather in Spain next week?" and follow up with additional questions—maybe to learn about popular attractions or famous Spanish musicians—all without repeating the wake word.<br><br>On compatible Echo Show devices, after starting a conversation, you can also interrupt Alexa without having to repeat the wake word when you are in view of the camera and facing the screen. So, in the example above, while Alexa is responding ("The main places to visit in Spain are Alhambra, Sagrada Familia..."), you can choose to jump in with "Where's Sagrada Familia?", just like you might when talking to a friend. The visual indicator lets you know when you can interrupt Alexa.<br><br>https://www.amazon.com/b?ie=UTF8&node=23660877011 |

-16-

**U.S. Patent No. 12,236,947**

1(d) "causing the system to act on the command after determining that the first utterance includes the command directed to the system."

| Claim 1(d) | Amazon Smart Devices |
|---|---|
|  | **How do I know when I can interact with Alexa without using the wake word?**<br><br>Your device and the Alexa app use visual indicators to let you know when you can interact with Alexa without using the wake word. The exact visual indicator you will see depends on the type of device you have, whether you are using the Alexa app, and whether you are an Alexa+ customer.<br><br>• Learn more about indicators for Alexa+ or original Alexa on Echo devices with screens, Fire TV devices, and the Alexa app<br>• Learn more about indicators for your Echo device without a screen.<br><br>Which Echo and Fire TV devices support Follow Up Mode?<br><br>Echo smart speakers (including Echo, Echo Dot, Echo Show, and Echo Hub devices) and the Alexa app support Follow Up Mode, but certain capabilities are only available on some devices. You can interrupt without using the wake word on Echo Show 8 (2nd and 3rd gen), Echo Show 10 (3rd gen), Echo Show 15 (1st and 2nd gen), and Echo Show 21 (1st gen). Follow Up Mode is also supported on select Fire TV devices.<br><br>*Id.* |

-17-