# EXHIBIT 14

# U.S. Patent No. 12,406,663

# Routing of User Commands Across Disparate Ecosystems

### Infringement Claim Chart

## Amazon Alexa Auto

U.S. Patent No. 12,406,663
Claim 12(Pre): "A system comprising:"

| Claim 12(Pre) | Amazon Alexa Auto |
|---|---|
| A system comprising: | Amazon's Alexa Auto is a system.  For example, Amazon's Alexa Auto provides smart services in automobiles and allows users to access various different features and functionalities though Amazon's Alexa service.<br><br>**Let us take you home.**<br><br>With Alexa in your vehicle, you can enjoy hands-free control of your music, get directions, make calls, and more, all with just your voice.<br><br>**Set up Alexa in Your Vehicle:**<br>1. Click here to see if your vehicle has Alexa Built-in<br>2. Open the Alexa app on your vehicle's infotainment screen<br>3. Follow the steps on the screen<br>4. Enjoy!<br><br>Amazon Alexa Auto Webpage, *available at*  https://www.amazon.com/b?node=17599297011 |

U.S. Patent No. 12,406,663
Claim 12(Pre): "A system comprising:"

| Claim 12(Pre) | Amazon Alexa Auto |
|---|---|
| | **Hands-Free Audio On The Road** Simply ask Alexa to play a specific song, artist, or playlist, or to find and play the latest episode of your favorite podcast. Try Amazon Music Unlimited or Audible now  *Id.* |

U.S. Patent No. 12,406,663
Claim 12(Pre): "A system comprising:"

| Claim 12(Pre) | Amazon Alexa Auto |
|---|---|
| | <br><br>*Id.*<br><br>## Auto SDK Core API Overview<br><br>The `Engine`, `MessageBroker`, and `AASB message interfaces` comprise the core Auto SDK API. An application uses these three components, alongside a custom platform-specific integration, to build a complete Alexa client implementation for the vehicle. An Alexa client system architecture built with Auto SDK may look something like the following diagram:<br><br>Amazon Alexa Auto SDK Core API Overview, *available at*  https://alexa.github.io/alexa-auto-sdk/docs/explore/concepts/core-api-overview/. |

U.S. Patent No. 12,406,663
Claim 12(Pre): "A system comprising:"

| Claim 12(Pre) | Amazon Alexa Auto |
|---|---|
| | <br><br>*Id.* |

U.S. Patent No. 12,406,663
Claim 12(Pre): "A system comprising:"

| Claim 12(Pre) | Amazon Alexa Auto |
|---|---|
|  | **The Engine**<br><br>The Auto SDK Engine is a system of components that provide the core implementation of all Auto SDK features. The Engine manages communication with Amazon services, such as Alexa, on behalf of your application. With respect to Alexa, your application's Alexa client stack uses the Engine as the layer that sets up the connection to Alexa, publishes device capabilities, sends Alexa events, processes Alexa directives, and more.<br><br>Your application creates and configures an instance of the Engine and uses a simple interface to manage the Engine lifecycle for the duration of the application run time. Aside from setting up the Engine, the primary responsibility of your application is to provide the platform-specific, custom integration details that make Alexa and other core SDK features work for *your* vehicle, in particular. Platform-specific integration might include building UI and interacting with external libraries, applications, or the underlying software frameworks of your operating system in order to complete the Auto SDK client stack with deep integration into your system.<br><br>The Engine implements as much of the general functionality as possible; for integration details that it can't implement, the Engine delegates responsibility to your application "handlers" via AASB messages published through the MessageBroker.<br><br>*Id.* |

U.S. Patent No. 12,406,663

Claim 12(a): "a recognition module within a vehicle configured to receive one or more utterances from a vehicle speaker comprising at least one command from a vehicle occupant;"

| Claim 12(a) | Amazon Alexa Auto |
|---|---|
| a recognition module within a vehicle configured to receive one or more utterances from a vehicle speaker comprising at least one command from a vehicle occupant | Amazon Alexa Auto includes a recognition module within a vehicle configured to receive one or more utterances from a vehicle speaker comprising at least one command from a vehicle occupant.<br><br>For example, the Amazon Alexa Auto can receive one or more utterances that include at least one command from a vehicle occupant via a microphone in the vehicle.<br><br>## Invoking Alexa<br><br>In the vehicle, customers can invoke Alexa by saying the wake word or pressing a button to begin speech dialogue. Alexa uses sound cues and visuals (voice chrome) to indicate listening state. Voice chrome also indicates when Alexa is thinking and speaking.<br><br>There are two primary ways to invoke Alexa in the vehicle. Both are required.<br><br>1. Saying the wake word "Alexa".<br>2. Pressing the Push-to-talk (PTT) button or an on-screen Tap-to-Talk (TTT) button to directly invoke Alexa without the wake word.<br><br>Alexa Auto Design Guidelines – Invoking Alexa, *available at* https://developer.amazon.com/en-US/docs/alexa/alexa-auto/invoking-alexa.html.<br><br>**Listening**<br><br>The Listening state starts when Alexa has been invoked by wake word, PTT, or TTT and the microphone begins streaming the customer's request to the Alexa Voice Service. There are three stages to the Listening state:<br><br>• *Start Listening* - Alexa transitions from Idle to the Listening state and waits for a request from the customer.<br>• *Active Listening* - When the customer begins speaking, Alexa transitions into an Active Listening state however, if Alexa doesn't hear anything from the customer, returns to the Idle state.<br>• *End Listening* - When the customer's end of speech is identified, Alexa transitions out of Listening state.<br><br>*Id.* |

U.S. Patent No. 12,406,663

Claim 12(a): "a recognition module within a vehicle configured to receive one or more utterances from a vehicle speaker comprising at least one command from a vehicle occupant;"

| Claim 12(a) | Amazon Alexa Auto |
|---|---|
| | **Thinking**<br><br>When a customer completes a request, Alexa enters the Thinking state. This state lets the customer know the microphone is no longer active and Alexa is processing their request.<br><br>**Speaking**<br><br>The Speaking state is displayed when Alexa is responding to a request with text-to-speech (TTS). This state is not displayed when Alexa is responding with long running mixable media such as music, books, and Flash Briefings.<br><br>*Id.*<br><br>The Engine in Amazon Alexa Auto receives and processes the one or more utterances from a vehicle occupant that a received through one or more microphones in the vehicle. |

- 8 -

U.S. Patent No. 12,406,663

Claim 12(a): "a recognition module within a vehicle configured to receive one or more utterances from a vehicle speaker comprising at least one command from a vehicle occupant;"

| Claim 12(a) | Amazon Alexa Auto |
|---|---|
| | <br><br>Amazon Alexa Auto SDK Core API Overview, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/concepts/core-api-overview/. |

U.S. Patent No. 12,406,663

Claim 12(a): "a recognition module within a vehicle configured to receive one or more utterances from a vehicle speaker comprising at least one command from a vehicle occupant;"

| Claim 12(a) | Amazon Alexa Auto |
|---|---|
| | **The Engine**<br><br>The Auto SDK Engine is a system of components that provide the core implementation of all Auto SDK features. The Engine manages communication with Amazon services, such as Alexa, on behalf of your application. With respect to Alexa, your application's Alexa client stack uses the Engine as the layer that sets up the connection to Alexa, publishes device capabilities, sends Alexa events, processes Alexa directives, and more.<br><br>Your application creates and configures an instance of the Engine and uses a simple interface to manage the Engine lifecycle for the duration of the application run time. Aside from setting up the Engine, the primary responsibility of your application is to provide the platform-specific, custom integration details that make Alexa and other core SDK features work for *your* vehicle, in particular. Platform-specific integration might include building UI and interacting with external libraries, applications, or the underlying software frameworks of your operating system in order to complete the Auto SDK client stack with deep integration into your system.<br><br>The Engine implements as much of the general functionality as possible; for integration details that it can't implement, the Engine delegates responsibility to your application "handlers" via AASB messages published through the MessageBroker.<br><br>*Id.*<br><br>The Engine subscribes to this message at startup time, so it is ready to consume the message when published by your application. In response to the message, the Engine determines everything it needs in order to invoke Alexa as a result of this request from your application, such as an access token, an audio stream, and states of components on the head unit. If the Engine needs something from your application, it will publish AASB messages; for example, if your application isn't already providing the user speech audio, the Engine publishes an `AudioInput.StartAudioInput` message to open the audio stream:<br><br>*Id.* |

U.S. Patent No. 12,406,663
Claim 12(b): "the module integrated with one or more mobile device within the vehicle;"

| Claim 12(b) | Amazon Alexa Auto |
|---|---|
| the module integrated with one or more mobile device within the vehicle | The recognition module in Amazon Alexa Auto is integrated with one or more mobile device within the vehicle.   For example, Alexa Auto can connect to user's smart phones.<br><br>**Let us take you home.**<br><br>With Alexa in your vehicle, you can enjoy hands-free control of your music, get directions, make calls, and more, all with just your voice.<br><br><br><br>Amazon Alexa Auto Webpage, *available at*  https://www.amazon.com/b?node=17599297011 |

- 11 -

U.S. Patent No. 12,406,663
Claim 12(b): "the module integrated with one or more mobile device within the vehicle;"

| Claim 12(b) | Amazon Alexa Auto |
|---|---|
| | ## Communication<br><br>Today, drivers across the globe place calls while on-the-go, making communication features an integral part of the Alexa experience in the vehicle.<br><br>Alexa allows you to place calls and send and read SMS messages via voice using the mobile phone paired to the head unit. Alexa can also drop-in, make announcements and send voice messages to other Alexa devices, including the Alexa App. To call or send an SMS to any contact by name, customers may grant Alexa permission to upload contacts and access SMS from their mobile phone. To enable Alexa to access the phone's contact book, a customer will need to pair their phone to the vehicle's head unit, then grant permissions to upload contacts saved on their mobile phone. Once the customer grants permissions, the following happens:<br><br>1. Contacts (name, phone number, and phone type) are temporarily stored when the phone is connected.<br>2. Contacts and SMS will not be available when the phone is disconnected from the vehicle or the phone is outside the vehicle.<br><br>**Notes:**<br><br>• Contacts uploaded in the vehicle are separate from contacts uploaded through the Alexa mobile app, which are used for communication with Echo family devices and other Alexa-enabled devices with communication. The contacts and messages can only be accessed by someone who is in the vehicle with the connected device.<br><br>• Alexa provides a voice-only experience to read and send SMS messages. Alexa will not notify the user when new SMS messages are available. The platform implementation provides new message notifications.<br><br>Amazon Alexa Auto Design Guidelines – Communication, *available at* https://developer.amazon.com/en-US/docs/alexa/alexa-auto/communication.html. |

U.S. Patent No. 12,406,663

Claim 12(b): "the module integrated with one or more mobile device within the vehicle;"

| Claim 12(b) | Amazon Alexa Auto |
|---|---|
| | ## Terminology 🔗<br><br>This section uses the following terms in relation to Bluetooth phones:<br><br>- **Pair / paired** - The manual action taken by the customer to teach the vehicle and phone to connect to each other, usually done by navigating to the Bluetooth settings menus on each device while parked. Customers typically only do this once per phone, and the vehicle will remember that phone until the customer manually cancels the pairing (forget device). A paired phone may or may not be **connected** at a given time.<br>- **Connect / connected** - The automatic action of a live link being established between the vehicle and a **paired phone** for the purpose of calling and messaging. Connection usually happens each time a customer gets in the vehicle with their phone in a pocket or purse.<br><br>## Communication Permissions<br><br>Customers grant permission for Alexa to access and store their contacts and SMS messages from Alexa-enabled vehicles in the following ways:<br><br>- While pairing a phone to an enabled vehicle after Alexa is set up.<br>- While setting up Alexa on an enabled device.<br>- By changing Communication Settings on an enabled vehicle.<br><br>Once granted, contacts and SMS messages are uploaded to the Alexa cloud and are used for calling and SMS messaging.<br><br>*Id.* |

- 13 -

U.S. Patent No. 12,406,663
Claim 12(b): "the module integrated with one or more mobile device within the vehicle;"

| Claim 12(b) | Amazon Alexa Auto |
|---|---|
| | ## Calling<br><br>Automotive drivers all around the world are accustomed to making calls from their phone while on-the-go. With Alexa, you can now place calls simply by saying "Alexa, call [contact, number]".<br><br>*"Alexa, call [device name (e.g. kitchen), or contact]"*<br><br>*"Calling [contacts device name].."*<br><br>A customer may place a call using Alexa that is initiated from their connected phone. If the customer says "Call [contact, number]" – Alexa will first try to use the connected phone to make a Native Call. This is a Phone Call Control (PCC) call, which uses the same native dialer as your device. If no phone is connected, then Alexa will make a call using the data connection.<br><br>*Id.*<br><br>## Bluetooth Module ¶<br><br>## Overview<br><br>The `Bluetooth` module allows the Alexa Auto SDK to connect to devices through the Bluetooth Classic or Bluetooth Low Energy (BLE) protocol. Using these protocols, the Auto SDK can offer Bluetooth-based features, such as Alexa Mobile Accessory (AMA) or Mobile Authorization, to users of Android or iOS smartphones.<br><br>Alexa Auto SDK – Bluetooth Module, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/features/bluetooth/. |

- 14 -

U.S. Patent No. 12,406,663
Claim 12(b): "the module integrated with one or more mobile device within the vehicle;"

| Claim 12(b) | Amazon Alexa Auto |
|---|---|
| | **Phone Control Module** ¶<br><br>**Overview**<br><br>The `Phone Control` module enables your Alexa Auto SDK client application to use the phone call control capabilities of Alexa, independent of the connection mechanism to the calling device. By using the `PhoneCallController` interface in your application, you allow the end user to interact with new or ongoing calls using Alexa, and you provide Alexa with the state of the calling device. The `Phone Control` module uses phone contacts uploaded via the `Address Book` module.<br><br>Your application's `PhoneCallController` integration is responsible for managing the lifecycle of the call session, including enhancing the end user experience by:<br><br>• Preventing Alexa Text To Speech (TTS) from being fed back into the microphone when the user triggers Alexa during a call. To accomplish this, your implementation should stop feeding the microphone input into the call channel until Alexa returns to the idle state, and it should also specify strong echo cancellation.<br><br>• Lowering the audio level of previous media in response to an incoming call until the call is answered or declined (if ducking is supported) and pausing the media if the call is answered.<br><br>• Maintaining the last dialed number to support redialing.<br><br>Alexa Auto SDK – Phone Control Module, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/features/phone-control/. |

- 15 -

U.S. Patent No 12,406,663

Claim 12(c): "process the one or more utterances, and identify a target ecosystem for which the at least one command is intended using contextual data associated with the at least one command;"

| Claim 12(c) | Amazon Alexa Auto |
|---|---|
| process the one or more utterances, and identify a target ecosystem for which the at least one command is intended using contextual data associated with the at least one command | The recognition module in Amazon Alexa Auto processes the one or more utterances, and identifies a target ecosystem for which the at least one command is intended using contextual data associated with the at least one command.<br><br>For example, Alexa Auto can identify a target ecosystem such as smart home ecosystem based on the voice command from the vehicle occupant.<br><br><br><br>Amazon Alexa Auto Webpage, *available at*  https://www.amazon.com/b?node=17599297011 |

U.S. Patent No 12,406,663

Claim 12(c): "process the one or more utterances, and identify a target ecosystem for which the at least one command is intended using contextual data associated with the at least one command;"

| Claim 12(c) | Amazon Alexa Auto |
|---|---|
| | The Amazon Alexa Built-in experience provides the convenience of voice-initiated interactions, reducing the need for drivers to view or touch screens, so they can keep their hands on the wheel and eyes on the road. The Alexa in-vehicle experience is designed to be an extension of the Alexa experience at home, including much of what customers already know and love about Alexa – plus automotive-specific functionality including car control, navigation, and third-party.<br><br>Today, Amazon is working with nearly every major automaker – including Audi, BMW, Ford, GM, Stellantis, and VW – integrating Alexa into their vehicles, and building custom connected vehicle skills. These skills make it possible for customers to use Alexa to control their vehicle from the comfort of their home or mobile device, such as to precondition the vehicle, lock or unlock the doors, check the fuel or charge status and more.<br><br>Automakers use the Alexa Auto Software Development Kit (Alexa Auto SDK) to bring the Alexa experience into their vehicles. The Alexa Auto SDK includes core Alexa functionality, along with other functionalities such as the ability to stream media, control smart home devices from within the vehicle, receive timely notifications, and interact with tens of thousands of Alexa skills.<br><br>Three ways automakers can use the Alexa Auto SDK to build connected and personalized in-vehicle experiences, *available at* https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2022/06/Alexa-auto-sdk-june-2022. |

- 17 -

U.S. Patent No 12,406,663

Claim 12(c): "process the one or more utterances, and identify a target ecosystem for which the at least one command is intended using contextual data associated with the at least one command;"

| Claim 12(c) | Amazon Alexa Auto |
|---|---|
| | **Smart Home**<br><br>Customers love using Alexa to interact with their smart home devices and we are excited to extend the multimodal Smart Home experience into the vehicle cabin. Alexa will now show a visual confirmation and allow basic touch control of Smart Home devices from the vehicle infotainment screen in conjunction with the Alexa voice experience. For example, now when a driver says, "Alexa, turn on the porch light," a visual card appears on the infotainment screen showing the light's current status with the ability to control it. The visual card experience is similar to our Echo Show devices, however considerations are made for the automotive context, such as up/down arrows instead of sliders for brightness control. Initially, the Smart Home APL experience will support lights, switches, and plugs with thermostat support planned for later in 2022. Smart Home for Alexa in the vehicle will launch in Q1 2022 as a cloud update.<br><br><br><br>Bring Alexa Multimodal Experiences to Life in the Vehicle with Alexa Auto SDK 4.0, *available at* https://developer.amazon.com/en-US/blogs/alexa/alexa-auto/2021/12/bring-alexa-multimodal-experiences-to-life-in-the-vehicle-with-a.<br><br>Further, Alexa Auto can identify this smart home ecosystem as a target ecosystem based on contextual information.<br><br>**Device-to-Skills Communication for Alexa Custom Assistant**<br><br>For automakers integrating Alexa Custom Assistant, we are introducing a new feature that allows OEM skills to exchange data with Alexa. Developers can now develop differentiated in-vehicle experiences for customers by creating smarter, more contextually-aware skills that can access a rich set of vehicle data and provide customized actions.<br><br>*Id.* |

U.S. Patent No 12,406,663

Claim 12(c): "process the one or more utterances, and identify a target ecosystem for which the at least one command is intended using contextual data associated with the at least one command;"

| Claim 12(c) | Amazon Alexa Auto |
|---|---|
| | ## What is an Alexa-Enabled Smart Home?<br><br>Amazon provides a set of development options that enable you to connect your smart home device to Alexa. With Alexa integration, your customers can control devices using voice commands, the Alexa app, and Alexa-enabled devices with screens.<br><br>## What type of devices can I connect to Alexa?<br><br>You can connect almost any device to Alexa, such as lighting, appliances, thermostats, cameras. You decide how you want the user to interact with your device, and then, you implement the smart home interfaces that enable those interactions. Each interface defines a set of pre-built utterances to control the device. For examples of device capabilities and smart home interfaces, see Index of Device Capabilities.<br><br>Alexa-Enabled Smart Home, *available at* https://developer.amazon.com/en-US/docs/alexa/smarthome/what-is-smart-home.html.<br><br>## Connection options<br><br>You can connect your device to Alexa with any of the following development options:<br><br>• **SDK or hardware module on your device** – Use the Alexa Connect Kit (ACK), a managed connectivity solution that adds Alexa and Matter support to your device. Amazon manages the cloud infrastructure, security, certification, and Over-the-Air updates. ACK lets you focus your development efforts on writing your device application.<br>• **Your cloud infrastructure** – Build an Alexa smart home skill to control your cloud-connected devices over Wi-Fi.<br>• **Local connection** – Connect your device directly to an Alexa-enabled device over one of the wireless standard protocols, such as Bluetooth Low-Energy (BLE) mesh, Matter, Thread, and Zigbee.<br>• **Alexa Built-in** – Control your device and device endpoints through your Alexa Built-in device. For more details, see Alexa Built-in Devices.<br><br>*Id.* |

- 19 -

U.S. Patent No. 12,406,663

Claim 12(d): "wherein the target ecosystems are non-vehicle systems within the user's home configured to carry out commands external and remote from the vehicle, and"

| Claim 12(d) | Amazon Alexa Auto |
|---|---|
| wherein the target ecosystems are non-vehicle systems within the user's home configured to carry out commands external and remote from the vehicle, and | In the Amazon Alexa Auto, the target ecosystems are non-vehicle systems within the user's home configured to carry out commands external and remote from the vehicle, and.<br><br>For example, Alexa Auto can identify smart home system as a target ecosystem.<br><br><br><br><br><br>Amazon Alexa Auto Webpage, *available at*  https://www.amazon.com/b?node=17599297011 |

- 20 -

U.S. Patent No. 12,406,663

Claim 12(d): "wherein the target ecosystems are non-vehicle systems within the user's home configured to carry out commands external and remote from the vehicle, and"

| Claim 12(d) | Amazon Alexa Auto |
|---|---|
| | The Amazon Alexa Built-in experience provides the convenience of voice-initiated interactions, reducing the need for drivers to view or touch screens, so they can keep their hands on the wheel and eyes on the road. The Alexa in-vehicle experience is designed to be an extension of the Alexa experience at home, including much of what customers already know and love about Alexa – plus automotive-specific functionality including car control, navigation, and third-party. <br><br> Today, Amazon is working with nearly every major automaker – including Audi, BMW, Ford, GM, Stellantis, and VW – integrating Alexa into their vehicles, and building custom connected vehicle skills. These skills make it possible for customers to use Alexa to control their vehicle from the comfort of their home or mobile device, such as to precondition the vehicle, lock or unlock the doors, check the fuel or charge status and more. <br><br> Automakers use the Alexa Auto Software Development Kit (Alexa Auto SDK) to bring the Alexa experience into their vehicles. The Alexa Auto SDK includes core Alexa functionality, along with other functionalities such as the ability to stream media, control smart home devices from within the vehicle, receive timely notifications, and interact with tens of thousands of Alexa skills. <br><br> Three ways automakers can use the Alexa Auto SDK to build connected and personalized in-vehicle experiences, *available at*  https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2022/06/Alexa-auto-sdk-june-2022. |

U.S. Patent No. 12,406,663

Claim 12(d): "wherein the target ecosystems are non-vehicle systems within the user's home configured to carry out commands external and remote from the vehicle, and"

| Claim 12(d) | Amazon Alexa Auto |
|---|---|
| | **Smart Home**<br><br>Customers love using Alexa to interact with their smart home devices and we are excited to extend the multimodal Smart Home experience into the vehicle cabin. Alexa will now show a visual confirmation and allow basic touch control of Smart Home devices from the vehicle infotainment screen in conjunction with the Alexa voice experience. For example, now when a driver says, "Alexa, turn on the porch light," a visual card appears on the infotainment screen showing the light's current status with the ability to control it. The visual card experience is similar to our Echo Show devices, however considerations are made for the automotive context, such as up/down arrows instead of sliders for brightness control. Initially, the Smart Home APL experience will support lights, switches, and plugs with thermostat support planned for later in 2022. Smart Home for Alexa in the vehicle will launch in Q1 2022 as a cloud update.<br><br><br><br>Bring Alexa Multimodal Experiences to Life in the Vehicle with Alexa Auto SDK 4.0, *available at* https://developer.amazon.com/en-US/blogs/alexa/alexa-auto/2021/12/bring-alexa-multimodal-experiences-to-life-in-the-vehicle-with-a.<br><br>Further, Alexa Auto can identify this smart home ecosystem as a target ecosystem based on contextual information.<br><br>**Device-to-Skills Communication for Alexa Custom Assistant**<br><br>For automakers integrating Alexa Custom Assistant, we are introducing a new feature that allows OEM skills to exchange data with Alexa. Developers can now develop differentiated in-vehicle experiences for customers by creating smarter, more contextually-aware skills that can access a rich set of vehicle data and provide customized actions.<br><br>*Id.* |

U.S. Patent No. 12,406,663

Claim 12(d): "wherein the target ecosystems are non-vehicle systems within the user's home configured to carry out commands external and remote from the vehicle, and"

| Claim 12(d) | Amazon Alexa Auto |
|---|---|
| | ## What is an Alexa-Enabled Smart Home? <br><br> Amazon provides a set of development options that enable you to connect your smart home device to Alexa. With Alexa integration, your customers can control devices using voice commands, the Alexa app, and Alexa-enabled devices with screens. <br><br> ## What type of devices can I connect to Alexa? <br><br> You can connect almost any device to Alexa, such as lighting, appliances, thermostats, cameras. You decide how you want the user to interact with your device, and then, you implement the smart home interfaces that enable those interactions. Each interface defines a set of pre-built utterances to control the device. For examples of device capabilities and smart home interfaces, see Index of Device Capabilities. <br><br> Alexa-Enabled Smart Home, *available at* https://developer.amazon.com/en-US/docs/alexa/smarthome/what-is-smart-home.html. <br><br> ## Connection options <br><br> You can connect your device to Alexa with any of the following development options: <br><br> • **SDK or hardware module on your device** – Use the Alexa Connect Kit (ACK), a managed connectivity solution that adds Alexa and Matter support to your device. Amazon manages the cloud infrastructure, security, certification, and Over-the-Air updates. ACK lets you focus your development efforts on writing your device application. <br> • **Your cloud infrastructure** – Build an Alexa smart home skill to control your cloud-connected devices over Wi-Fi. <br> • **Local connection** – Connect your device directly to an Alexa-enabled device over one of the wireless standard protocols, such as Bluetooth Low-Energy (BLE) mesh, Matter, Thread, and Zigbee. <br> • **Alexa Built-in** – Control your device and device endpoints through your Alexa Built-in device. For more details, see Alexa Built-in Devices. <br><br> *Id.* |

- 23 -

U.S. Patent No. 12,406,663
Claim 12(e): "a connection manager for routing the at least one command to the target ecosystem."

| Claim 12(e) | Amazon Alexa Auto |
|---|---|
| a connection manager for routing the at least one command to the target ecosystem. | Amazon Alexa Auto includes a connection manager for routing the at least one command to the target ecosystem.<br><br>For example, Alexa Auto includes an Auto SDK Engine that can route commands through Alexa, including commands that are directed to the target ecosystem (*e.g.*, home).<br><br><br><br>Amazon Alexa Auto SDK Core API Overview, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/concepts/core-api-overview/. |

- 24 -

U.S. Patent No. 12,406,663
Claim 12(e): "a connection manager for routing the at least one command to the target ecosystem."

| Claim 12(e) | Amazon Alexa Auto |
|---|---|
| | **The Engine**<br><br>The Auto SDK Engine is a system of components that provide the core implementation of all Auto SDK features. The Engine manages communication with Amazon services, such as Alexa, on behalf of your application. With respect to Alexa, your application's Alexa client stack uses the Engine as the layer that sets up the connection to Alexa, publishes device capabilities, sends Alexa events, processes Alexa directives, and more.<br><br>Your application creates and configures an instance of the Engine and uses a simple interface to manage the Engine lifecycle for the duration of the application run time. Aside from setting up the Engine, the primary responsibility of your application is to provide the platform-specific, custom integration details that make Alexa and other core SDK features work for *your* vehicle, in particular. Platform-specific integration might include building UI and interacting with external libraries, applications, or the underlying software frameworks of your operating system in order to complete the Auto SDK client stack with deep integration into your system.<br><br>The Engine implements as much of the general functionality as possible; for integration details that it can't implement, the Engine delegates responsibility to your application "handlers" via AASB messages published through the MessageBroker.<br><br>*Id.*<br><br>## Overview<br><br>The Alexa Auto SDK Alexa module provides interfaces for standard Alexa features. The Engine handles steps to send events and sequence directives so you can focus on using the provided AASB messages to interact with Alexa.<br><br>Alexa Auto SDK – Alexa Module, *available at* https://alexa.github.io/alexa-auto-sdk/docs/explore/features/alexa/. |